## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **WB Services Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  WB Contracting Services Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **81-3437069** |

4. **Debtor's address**

**Principal place of business**

**2425 Township Road 414**
**Dundee, OH 44624-9239**
Number, Street, City, State & ZIP Code

**Holmes**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**2425 Township Road 414 Dundee, OH 44624-9239**
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

23-60425-maw    Doc 1    FILED 04/12/23    ENTERED 04/12/23 15:43:19    Page 1 of 223

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 9

☐ Chapter 11. *Check all that apply.*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Robert J. and Mary M. Schlabach** | Relationship | **Robert is the Debtor's Pr** |
| District | **Northern District of Ohio** | When **4/12/23** | Case number, if known |

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 12, 2023** _____
                MM / DD / YYYY

X **/s/ Robert Schlabach** _____        **Robert Schlabach** _____
Signature of authorized representative of debtor        Printed name

Title    **Owner** _____

**18. Signature of attorney**

X **/s/ Anthony J. DeGirolamo** _____      Date  **April 12, 2023**
Signature of attorney for debtor                                  MM / DD / YYYY

**Anthony J. DeGirolamo** _____
Printed name

**Anthony J. DeGirolamo, Attorney at Law** _____
Firm name

**3930 Fulton Dr NW Ste 100B**
**Canton, OH 44718-3040** _____
Number, Street, City, State & ZIP Code

Contact phone    **(330) 305-9700** _____     Email address    **tony@ajdlaw7-11.com** _____

**0059265** _____
Bar number and State

# United States Bankruptcy Court
## Northern District of Ohio, Canton Division

In re **WB Services Inc.**

Debtor(s)

Case No. _____

Chapter **7**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert J. Schlabach | | 100 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 12, 2023**

Signature **/s/ Robert Schlabach**

**Robert Schlabach**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Debtor name  **WB Services Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO, CANTON DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*.......................................................................................  $      0.00

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...................................................................................  $      5,979,079.15

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.....................................................................................  $      5,979,079.15

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $      2,070,663.49

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................  $      196,552.36

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$      14,210,267.13

4.  **Total liabilities** .......................................................................................................................
    Lines 2 + 3a + 3b  $      16,477,482.98

Debtor name  **WB Services Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO, CANTON DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Westfield Bank** | **Checking** | **3809** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  **$0.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | **203,078.76** | - | **0.00** | = .... | **$203,078.76** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 5,664,714.08 | - | 0.00 | =.... | $5,664,714.08 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

                                                 **$5,867,792.84**

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**   **Notes receivable** <br> Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities** | |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.**   **Trusts, equitable or future interests in property** | |
| **77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership <br> **Estate of Daniel Stephen Brewer; Case No. 502022CP005048XXXXSB Circuit Court of the 15th Judicial Circuit, Palm Beach County FL Probate Administrator- Daniel A. Seigel, Telephone: 561-393-6005, dseigel@seigel-law.com** | **unknown** |
| **Credit on Account with Keim Concrete Pumping Inc.** | **$273.50** |
| **Credit on Account with GoDaddy** | **$361.78** |
| **Credit on Account with Wolff Bros. Supply** | **$250.28** |
| **Credit on Account with Village Motors** | **$39.83** |
| **Credit on Account with HD Supply Waterworks** | **$446.34** |
| **Credit on Account with South Florida Fire Protection** | **$12,024.99** |
| **Credit on Account with Bauman & Sons Oil Inc.** | **$38.55** |
| **Credit on Account with Willoughby Supply** | **$2,215.20** |

| | |
|---|---|
| **Credit on Account with Columbia Gas of Ohio** | $190.47 |
| **Credit on Account with Integrity Excavating II LLC** | $56,623.73 |
| **Credit on Account with R. Gingerich Construction LLC** | $28,467.25 |
| **Credit on Account with Titan Florida LLC** | $500.00 |
| **Credit on Account with Mel Raber** | $1,000.00 |
| **Credit on Account with Foundation** | $878.98 |
| **Credit on Account with Citizens Gas & Fuel Company** | $2,262.21 |
| **Credit on Account with Signature Real Estate** | $600.00 |
| **Credit on Account with David Todd** | $113.85 |
| **Credit on Account with Extended Stay America Bluffton** | $338.55 |
| **Credit on Account with Law Office of Daniel A. Seigel** | $4,660.80 |

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

    | $111,286.31 |
    |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   **WB Services Inc.**_____   Case number *(If known)* _____
         Name

<div style="background:black;color:white;">Part 12:</div>   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,867,792.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $111,286.31 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,979,079.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,979,079.15 |

Debtor name **WB Services Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO, CANTON DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   Corporation Service Company**
Creditor's Name

**PO Box 2576**
**Springfield, IL 62708-2576**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/17/2021**
**Last 4 digits of account number**
**5567**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. Farmers National Bank
2. Farmers National Bank
3. Farmers National Bank
4. Farmers National Bank
5. Farmers National Bank
6. Farmers National Bank
7. Saturn Encore Funding
8. Corporation Service Company
9. Corporation Service Company
10. Masada Funding LLC
11. Masada Funding LLC
12. US Small Business Administration
13. US Speciality Insurance Company
14. Corporation Service Company

**Describe debtor's property that is subject to a lien**
**Accounts Receivable- 90 Days Or Less (Listing Attached)**

**Describe the lien**
**Ohio UCC OH00258105567- Lien on Future Receipts**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **unknown** | **$5,867,792.84** |

| 2.2 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | **unknown** | **$5,867,792.84** |

Creditor's Name

**Accounts Receivable- 90 Days Or Less (Listing Attached)**

**PO Box 2576**
**Springfield, IL 62708-2576**
Creditor's mailing address

**Describe the lien**
**Ohio UCC OH00258192631- Blanket Lien on All Assets**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/22/2022**

**Last 4 digits of account number**
**2631**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Farmers National Bank**
**2. Farmers National Bank**
**3. Farmers National Bank**
**4. Farmers National Bank**
**5. Farmers National Bank**
**6. Farmers National Bank**
**7. Saturn Encore Funding**
**8. Corporation Service Company**
**9. Corporation Service Company**
**10. Masada Funding LLC**
**11. Masada Funding LLC**
**12. US Small Business Administration**
**13. US Speciality Insurance Company**
**14. Corporation Service Company**

| 2.3 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | **unknown** | **$5,867,792.84** |

Creditor's Name

**Accounts Receivable- 90 Days Or Less (Listing Attached)**

**PO Box 2576**
**Springfield, IL 62708-2576**
Creditor's mailing address

**Describe the lien**
**Ohio UCC OH00252590588- Lien on Future Receipts**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/11/2021**

**Last 4 digits of account number**
**0588**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Debtor    **WB Services Inc.**
       <sub>Name</sub>                                                            Case number (if known)

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

**1. Farmers National Bank**
**2. Farmers National Bank**
**3. Farmers National Bank**
**4. Farmers National Bank**
**5. Farmers National Bank**
**6. Farmers National Bank**
**7. Saturn Encore Funding**
**8. Corporation Service**
**Company**
**9. Corporation Service**
**Company**
**10. Masada Funding LLC**
**11. Masada Funding LLC**
**12. US Small Business**
**Administration**
**13. US Speciality Insurance**
**Company**
**14. Corporation Service**
**Company**

---

| 2.4 | **Farmers National Bank** | Describe debtor's property that is subject to a lien | $82,056.72 | $5,867,792.84 |
|---|---|---|---|---|

<sub>Creditor's Name</sub>

**Accounts Receivable- 90 Days Or Less
(Listing Attached)**

**20 S Broad St**
**Canfield, OH 44406-1401**
<sub>Creditor's mailing address</sub>

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
<sub>Creditor's email address, if known</sub>
☐ Yes

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7123**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **WB Services Inc.**
<span>Name</span>

Case number (*if known*) _____

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Farmers National Bank**
**2. Farmers National Bank**
**3. Farmers National Bank**
**4. Farmers National Bank**
**5. Farmers National Bank**
**6. Farmers National Bank**
**7. Saturn Encore Funding**
**8. Corporation Service Company**
**9. Corporation Service Company**
**10. Masada Funding LLC**
**11. Masada Funding LLC**
**12. US Small Business Administration**
**13. US Speciality Insurance Company**
**14. Corporation Service Company**

---

| 2.5 | **Farmers National Bank** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**Accounts Receivable- 90 Days Or Less (Listing Attached)**

$20,205.32     $5,867,792.84

**20 S Broad St**
**Canfield, OH 44406-1401**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8341**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

**1. Farmers National Bank**
**2. Farmers National Bank**
**3. Farmers National Bank**
**4. Farmers National Bank**
**5. Farmers National Bank**
**6. Farmers National Bank**
**7. Saturn Encore Funding**
**8. Corporation Service**
**Company**
**9. Corporation Service**
**Company**
**10. Masada Funding LLC**
**11. Masada Funding LLC**
**12. US Small Business**
**Administration**
**13. US Speciality Insurance**
**Company**
**14. Corporation Service**
**Company**

---

| 2.6 **Farmers National Bank** | Describe debtor's property that is subject to a lien | $74,853.38 | $5,867,792.84 |
|---|---|---|---|

Creditor's Name

**Accounts Receivable- 90 Days Or Less**
**(Listing Attached)**

**20 S Broad St**
**Canfield, OH 44406-1401**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5929**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**1. Farmers National Bank**
**2. Farmers National Bank**
**3. Farmers National Bank**
**4. Farmers National Bank**
**5. Farmers National Bank**
**6. Farmers National Bank**
**7. Saturn Encore Funding**
**8. Corporation Service**
**Company**
**9. Corporation Service**
**Company**
**10. Masada Funding LLC**
**11. Masada Funding LLC**
**12. US Small Business**
**Administration**
**13. US Speciality Insurance**
**Company**
**14. Corporation Service**
**Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.7 | **Farmers National Bank** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**Accounts Receivable- 90 Days Or Less**
**(Listing Attached)**

$1,893,548.07      $5,867,792.84

**20 S Broad St**
**Canfield, OH 44406-1401**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

1. **Farmers National Bank**
2. **Farmers National Bank**
3. **Farmers National Bank**
4. **Farmers National Bank**
5. **Farmers National Bank**
6. **Farmers National Bank**
7. **Saturn Encore Funding**
8. **Corporation Service Company**
9. **Corporation Service Company**
10. **Masada Funding LLC**
11. **Masada Funding LLC**
12. **US Small Business Administration**
13. **US Speciality Insurance Company**
14. **Corporation Service Company**

---

| 2.8 | **Farmers National Bank** |
| --- | --- |

Creditor's Name

**20 S Broad St**
**Canfield, OH 44406-1401**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**10/23/2020**
Last 4 digits of account number
**3823**
Do multiple creditors have an
interest in the same property?

Describe debtor's property that is subject to a lien                     unknown          $5,867,792.84

**Accounts Receivable- 90 Days Or Less**
**(Listing Attached)**

Describe the lien
**Ohio UCC OH00247443823**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Farmers National Bank**
**2. Farmers National Bank**
**3. Farmers National Bank**
**4. Farmers National Bank**
**5. Farmers National Bank**
**6. Farmers National Bank**
**7. Saturn Encore Funding**
**8. Corporation Service**
**Company**
**9. Corporation Service**
**Company**
**10. Masada Funding LLC**
**11. Masada Funding LLC**
**12. US Small Business**
**Administration**
**13. US Speciality Insurance**
**Company**
**14. Corporation Service**
**Company**

---

| 2.9 | **Farmers National Bank** |
|-----|---------------------------|

Creditor's Name

**20 S Broad St**
**Canfield, OH 44406-1401**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**05/29/2018**
Last 4 digits of account number
**0743**
Do multiple creditors have an
interest in the same property?

Describe debtor's property that is subject to a lien
**Accounts Receivable- 90 Days Or Less**
**(Listing Attached)**

Describe the lien
**Ohio UCC OH0221750743- Blanket Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

|  unknown  |  $5,867,792.84  |
|-----------|-----------------|

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Farmers National Bank**
**2. Farmers National Bank**
**3. Farmers National Bank**
**4. Farmers National Bank**
**5. Farmers National Bank**
**6. Farmers National Bank**
**7. Saturn Encore Funding**
**8. Corporation Service Company**
**9. Corporation Service Company**
**10. Masada Funding LLC**
**11. Masada Funding LLC**
**12. US Small Business Administration**
**13. US Speciality Insurance Company**
**14. Corporation Service Company**

---

| 2.1 0 | | | |
|---|---|---|---|

**Masada Funding LLC**
Creditor's Name

**20 Jay St**
**Brooklyn, NY 11201-8301**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**09/08/2022**
**Last 4 digits of account number**
**4659**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Accounts Receivable- 90 Days Or Less (Listing Attached)**

Describe the lien
**Ohio UCC OH00266474659- Blanket Lien on All Assets**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**unknown**    **$5,867,792.84**

Debtor **WB Services Inc.**
      _____      Case number (if known) _____
      Name

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Farmers National Bank**
**2. Farmers National Bank**
**3. Farmers National Bank**
**4. Farmers National Bank**
**5. Farmers National Bank**
**6. Farmers National Bank**
**7. Saturn Encore Funding**
**8. Corporation Service**
**Company**
**9. Corporation Service**
**Company**
**10. Masada Funding LLC**
**11. Masada Funding LLC**
**12. US Small Business**
**Administration**
**13. US Speciality Insurance**
**Company**
**14. Corporation Service**
**Company**

---

| 2.1<br>1 | **Masada Funding LLC** | | | | |
|---|---|---|---|---|---|

| **Masada Funding LLC** | Describe debtor's property that is subject to a lien | **unknown** | **$5,867,792.84** |
|---|---|---|---|
| Creditor's Name | **Accounts Receivable- 90 Days Or Less (Listing Attached)** | | |
| **20 Jay St**<br>**Brooklyn, NY 11201-8301** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Ohio UCC OH00266472413- Blanket Lien on All Assets** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No | | |
| **09/08/2022** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **2413** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Debtor **WB Services Inc.**
        _____   Case number (if known) _____
        Name

☐ No                                    ☐ Contingent
■ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
**1. Farmers National Bank**
**2. Farmers National Bank**
**3. Farmers National Bank**
**4. Farmers National Bank**
**5. Farmers National Bank**
**6. Farmers National Bank**
**7. Saturn Encore Funding**
**8. Corporation Service**
**Company**
**9. Corporation Service**
**Company**
**10. Masada Funding LLC**
**11. Masada Funding LLC**
**12. US Small Business**
**Administration**
**13. US Speciality Insurance**
**Company**
**14. Corporation Service**
**Company**

---

| 2.1 2 | **Saturn Encore Funding** | Describe debtor's property that is subject to a lien | | unknown | $5,867,792.84 |
|---|---|---|---|---|---|

Creditor's Name

**Accounts Receivable- 90 Days Or Less (Listing Attached)**

**1420 E 32nd St Ste 316**
**Brooklyn, NY 11234-3404**
Creditor's mailing address

Describe the lien
**UCC No. OH00254805719- Blanket Lien on All Assets**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/222021**
**Last 4 digits of account number**
**5719**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

Debtor   **WB Services Inc.**                    Case number (if known) _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

☐ No                                    ☐ Contingent
☒ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its         ☐ Disputed
relative priority.

**1. Farmers National Bank**
**2. Farmers National Bank**
**3. Farmers National Bank**
**4. Farmers National Bank**
**5. Farmers National Bank**
**6. Farmers National Bank**
**7. Saturn Encore Funding**
**8. Corporation Service**
**Company**
**9. Corporation Service**
**Company**
**10. Masada Funding LLC**
**11. Masada Funding LLC**
**12. US Small Business**
**Administration**
**13. US Speciality Insurance**
**Company**
**14. Corporation Service**
**Company**

---

| 2.1 3 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | unknown | $5,867,792.84 |
|---|---|---|---|---|

Creditor's Name

**Cleveland District Office**
**1350 Euclid Ave Ste 211**
**Cleveland, OH 44115-1815**
Creditor's mailing address

**Accounts Receivable- 90 Days Or Less (Listing Attached)**

Describe the lien
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**05/14/2020**

Last 4 digits of account number
**5817**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Name

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Farmers National Bank**
**2. Farmers National Bank**
**3. Farmers National Bank**
**4. Farmers National Bank**
**5. Farmers National Bank**
**6. Farmers National Bank**
**7. Saturn Encore Funding**
**8. Corporation Service**
**Company**
**9. Corporation Service**
**Company**
**10. Masada Funding LLC**
**11. Masada Funding LLC**
**12. US Small Business**
**Administration**
**13. US Speciality Insurance**
**Company**
**14. Corporation Service**
**Company**

---

| 2.1 4 | **US Speciality Insurance Company** |
|---|---|

Creditor's Name

**13403 Northwest Fwy**
**Houston, TX 77040-6006**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**09/11/2020**
**Last 4 digits of account number**
**9506**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Accounts Receivable- 90 Days Or Less (Listing Attached)**

Describe the lien
**Ohio UCC OH00246319506**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

     **unknown**      **$5,867,792.84**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Farmers National Bank**
**2. Farmers National Bank**
**3. Farmers National Bank**
**4. Farmers National Bank**
**5. Farmers National Bank**
**6. Farmers National Bank**
**7. Saturn Encore Funding**
**8. Corporation Service**
**Company**
**9. Corporation Service**
**Company**
**10. Masada Funding LLC**
**11. Masada Funding LLC**
**12. US Small Business**
**Administration**
**13. US Speciality Insurance**
**Company**
**14. Corporation Service**
**Company**

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $2,070,663.49

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **American Contractors Indemnity Company**<br>**801 S Figueroa St Ste 700**<br>**Los Angeles, CA 90017-2523** | Line _2.14_ | 9506 |
| **Critchfield Critchfield & Johnston Ltd.**<br>**138 E Jackson St**<br>**Millersburg, OH 44654-1235** | Line _2.14_ | 9506 |
| **Frantz Ward LLP**<br>**Attn: Mark J. Stockman or Mark L. Rodio**<br>**200 Public Sq Ste 3000**<br>**Cleveland, OH 44114-2381** | Line _2.14_ | 9506 |
| **Heartland Title Agency LLC**<br>**138 E Jackson St**<br>**Millersburg, OH 44654-1235** | Line _2.14_ | 9506 |
| **Texas Bonding Company**<br>**801 S Figurora St Ste 700**<br>**Los Angeles, CA 90001** | Line _2.14_ | 9506 |
| **Ulmer & Berne LLP**<br>**Attn: Richard T. Hamilton Jr**<br>**1660 W 2nd St Ste 1100**<br>**Cleveland, OH 44113-1406** | Line _2.14_ | 9506 |
| **United States Surety Company**<br>**1 Texas Station Ct Ste 230**<br>**Timonium, MD 21093-8288** | Line _2.14_ | 9506 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **WB Services Inc.**          Case number (if known) _____
         <sub>Name</sub>

**US Speciality Insurance Company**
**13403 Northwest Fwy**          Line   **2.14**             **9506**
**Houston, TX 77040-6006**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name **WB Services Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO, CANTON DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).** Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Andrew C. Harper**<br><br>**7897 Newport Rd SE**<br>**Uhrichsville, OH 44683-6351** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,402.92** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Andrew E. Hershberger**<br><br>**7087 Cutter Rd**<br>**Apple Creek, OH 44606-9077** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$307.79** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$800.00** | $0.00 |
|-----|---|---|---|---|
| | **Atlee J. Keim** | ☐ Contingent | | |
| | **6910 State Route 515**<br>**Dundee, OH 44624-9645** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,663.53** | $0.00 |
|-----|---|---|---|---|
| | **Brian Kraft** | ☐ Contingent | | |
| | **2880 Sharonwood Ave NW**<br>**Canton, OH 44708-1638** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,001.90** | $0.00 |
|-----|---|---|---|---|
| | **Bruce Brotherton** | ☐ Contingent | | |
| | **229 Center St**<br>**Huron, OH 44839-1604** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$998.97** | $0.00 |
|-----|---|---|---|---|
| | **Charles Swartzentruber** | ☐ Contingent | | |
| | **4019 Iola Dr**<br>**Sarasota, FL 34231-8622** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case number (if known)

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,664.00 | $0.00 |

**Chelsea Schlabach**

**5120 Leihley Hill Rd NW**
**Sugarcreek, OH 44681-7777**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $0.00 |

**City of Buffalo**

**65 Niagara Sq Rm 301**
**Buffalo, NY 14202-3303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,699.99 | $0.00 |

**City Of Canton Income Tax Dept**

**PO Box 9940**
**Canton, OH 44711-0940**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,270.15 | $0.00 |

**City of Charleston**

**915 Quarrier St Ste 4**
**Charleston, WV 25301-2622**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$649.77** | $0.00 |
|------|-----------------------------------------------|----------------------------------------------|-------------|-------|

**City of Fanning Springs**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**17651 NW 90th Ct**
**Fanning Springs, FL 32693-9212**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,117.51** | $0.00 |
|------|-----------------------------------------------|----------------------------------------------|---------------|-------|

**City Of Massillon- Income Tax**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 910**
**Massillon, OH 44648**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$840.00** | $0.00 |
|------|-----------------------------------------------|----------------------------------------------|-------------|-------|

**Collin B. Willey**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**112 11th St NE**
**Massillon, OH 44646-8442**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,516.67** | $0.00 |
|------|-----------------------------------------------|----------------------------------------------|----------------|-------|

**Dan Weaver**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**1234 Township Road 416**
**Dundee, OH 44624-9637**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$144.00** | **$0.00** |
|------|---------------------------------------------|----------------------------------------------|-------------|-----------|

**Dean A. Cowell**

**23 Spires Rd**
**Vinton, OH 45686-9144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$63.00** | **$0.00** |
|------|---------------------------------------------|----------------------------------------------|-------------|-----------|

**Duane N. Hershberger**

**8434 Cement Bridge Rd NW**
**Dundee, OH 44624-8903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,517.50** | **$0.00** |
|------|---------------------------------------------|----------------------------------------------|---------------|-----------|

**Ervin Schlabach**

**3387 County Road 160**
**Millersburg, OH 44654-8366**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,828.78** | **$0.00** |
|------|---------------------------------------------|----------------------------------------------|---------------|-----------|

**Gilchrist County Tax Collector**

**PO Box 194**
**Trenton, FL 32693-0194**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.72 | $0.00 |
|---|---|---|---|---|

**Grace Hostetler**

6334 State Route 93 NW
Dundee, OH 44624-8714

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,520.00 | $0.00 |
|---|---|---|---|---|

**James R. Jones**

59484 County Road 2
Newcomerstown, OH 43832-9681

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,944.12 | $0.00 |
|---|---|---|---|---|

**Jim Miller**

4669 Township Road 422
Sugarcreek, OH 44681-9401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.29 | $0.00 |
|---|---|---|---|---|

**Joel I. Miller**

3028 US Route 62
Dundee, OH 44624-9238

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $496.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**2.23**

Priority creditor's name and mailing address

**Joey Troyer**

**4610 Ardale St**
**Sarasota, FL 34232-4020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$496.00   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address

**John Holland**

**27 Meadowbrook Dr**
**Mount Vernon, OH 43050-9452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$153.45   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address

**John Weaver**

**13480 Harrison Rd**
**Apple Creek, OH 44606-9615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$560.00   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address

**Jose Chavez**

**115 10th St W**
**Palmetto, FL 34221-3952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,680.00   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,567.00 | $0.00

**Jose Ledesma Corea**

636 12th St NW
New Philadelphia, OH 44663-1043

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,752.00 | $0.00

**Joseph Yoder**

5503 State Route 250 NW
Beach City, OH 44608-9451

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,140.15 | $0.00

**Kentucky Employers' Mutual
Insurance**

PO Box 12500
Lexington, KY 40583-2500

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.30** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,096.02 | $0.00

**Lenny Gonzalez**

11554 Township Road 259
Millersburg, OH 44654-9775

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $0.00 |
|---|---|---|---|---|

**Levi Schlabach**

**305 Saddle Hill Rd**
**Oak Hill, OH 45656-9217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $0.00 |
|---|---|---|---|---|

**Mike Tackett**

**381 Grasslick Rd**
**Gassaway, WV 26624-7622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,896.80 | $0.00 |
|---|---|---|---|---|

**Mitchell S. Devoll**

**11504 Portland Ave SW**
**Beach City, OH 44608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,136.85 | $0.00 |
|---|---|---|---|---|

**New York State Fund Insurance**

**PO Box 5520**
**Binghamton, NY 13902-5520**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$367.43** | **$0.00** |

**Ohio Child Support Center**

PO Box 182394
Columbus, OH 43218-2394

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,250.00** | **$0.00** |

**Ohio Department Of Commerce**

PO Box 4009
Reynoldsburg, OH 43068-9009

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$133.82** | **$0.00** |

**Ohio Dept Of Job & Family Services**

PO Box 182404
Columbus, OH 43218

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,188.25** | **$0.00** |

**Paul Becker**

6159 Rosalind Ct
Huntington, WV 25705-2320

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $886.96 | $0.00 |
|---|---|---|---|---|

**Regional Income Tax Agency**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

PO Box 94951
Cleveland, OH 44101-4951

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.46 | $0.00 |
|---|---|---|---|---|

**Rick Lanning**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

1021 Newark Rd
Mount Vernon, OH 43050-4640

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,171.97 | $0.00 |
|---|---|---|---|---|

**Robert Schlabach**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

5120 Leihley Hill Rd NW
Sugarcreek, OH 44681-7777

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,290.00 | $0.00 |
|---|---|---|---|---|

**Russell Tindall**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

4548 Troendly Rd SW
Baltic, OH 43804-9043

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☐ Yes

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.64 | $0.00 |
|---|---|---|---|---|

**Tom Devoll**

**8358 Township Road 662**
**Dundee, OH 44624-9634**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $371.81 | $0.00 |
|---|---|---|---|---|

**Village of Fredericksburg**
**Attn: Tax Adminstrator**
**8400 Millbrook Rd**
**Shreve, OH 44676-9110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,693.14 | $0.00 |
|---|---|---|---|---|

**Wayne B. Miller**

**4104 Winthrop St**
**Sarasota, FL 34232-4966**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $0.00 |
|---|---|---|---|---|

**Wesley Hershberger Jr.**

**355 DW Dever Rd**
**Oak Hill, OH 45656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.00 | $0.00 |

**Wilmer Troyer**

**4601 Ardale St**
**Sarasota, FL 34232-4019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.42 |

**3R Sales and Service**

**27 4th St NW**
**Barberton, OH 44203-2503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,575.53 |

**84 Lumber Company LP**

**PO Box 365**
**Eighty Four, PA 15330-0365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,135.23 |

**Absolute Concrete LLC**

**3692 Main St**
**Green Bay, WI 54311-9603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,946.12 |

**Ace Sign Company**

**11935 Interstate 30**
**Little Rock, AR 72209-7052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |

**Acuity Brands Lighting**

**1170 Peachtree St NE Ste 1200**
**Atlanta, GA 30309-7673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.00 |
|---|---|---|---|

**Aden Kuhns**

7925 State Route 279
Oak Hill, OH 45656

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.75 |
|---|---|---|---|

**Adrian Electric & Generator Co.**

PO Box 400
Adrian, MI 49221-0400

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.00 |
|---|---|---|---|

**Adrian Tecumseh Fence Co.**

5606 S Occidental Rd Ste C
Tecumseh, MI 49286-8901

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.25 |
|---|---|---|---|

**Advanced Auto Parts**

1438 S Washington St
Millersburg, OH 44654-9454

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Airlite Plastics Co.**

6110 Abbott Dr
Omaha, NE 68110-2834

Date(s) debt was incurred  2021

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Holmes County- Judgment Lien 21 CJ 0201

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.73 |
|---|---|---|---|

**Alamo Damage Recovery Unit**

600 Corporate Park Dr
Saint Louis, MO 63105-4204

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,636.40 |
|---|---|---|---|

**Alarm Fire & Security**

PO Box 7972
Hilton Head Island, SC 29938-7972

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,657.00 |
|---|---|---|---|

**Albright Welding Supply Company Inc.**

PO Box 35
Wooster, OH 44691-0035

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,700.00 |
|---|---|---|---|

**Alexander Painting LLC**

12542 Evington Point Dr
Riverview, FL 33579-4048

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,885.26 |
|---|---|---|---|

**Alfonso Montes**

6691 Hall Rd
Galloway, OH 43119-9544

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.00 |
|---|---|---|---|

**All Ohio Painting**

4860 Township Road 367
Millersburg, OH 44654-8886

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,481.09 |
|---|---|---|---|

**All Seasons Building**

2260 Montcalm St
Indianapolis, IN 46208-5455

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,161.80 |
|---|---|---|---|

**All State Fire Protection & Service LLC**

900 Laver Rd
Mansfield, OH 44905-2343

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,990.97 |
|---|---|---|---|

**Ally Financial**

PO Box 380901
Bloomington, MN 55438

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,987.39 |
|---|---|---|---|

**Ally Financial**

PO Box 380901
Bloomington, MN 55438

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,699.21 |
|---|---|---|---|

**Alpine Heating Ltd.**

PO Box 201
Wilmot, OH 44689-0201

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,360.90 |
|---|---|---|---|

**Alternative Roofing Solutions Inc.**

326 Browns Cove Rd Ste E
Ridgeland, SC 29936-3119

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $815.98 |
|---|---|---|---|

**Amazon**

440 Terry Ave N
Seattle, WA 98109-5210

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $488.71 |
|---|---|---|---|

**American Electric Power**

PO Box 24418
Canton, OH 44701-4418

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,246.76 |
|---|---|---|---|

**American Express**

PO Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revolving Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,805.25 |
|---|---|---|---|

**American Express**

PO Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revolving Account__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,058.40 |
|---|---|---|---|

**American Leak Detection**

2515 International St
Columbus, OH 43228-4603

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,615.98 |
|---|---|---|---|

**American Producers Supply Co.**

PO Box 1050
Marietta, OH 45750-6050

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Anderson Pool Inc.**

120 Meadow Dr
Bluffton, SC 29910-6631

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,404.00 |
|---|---|---|---|

**Angel Painting**

2961 Brantley Dr
Antioch, TN 37013-5204

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,128.61 |
|---|---|---|---|

**Anthem Blue Cross Blue Shield**

PO Box 4445
Atlanta, GA 30302-4445

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,591.47 |
|---|---|---|---|

**Anytime Outhouse**

5503 N 550 W
Thorntown, IN 46071

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,125.00 |
|---|---|---|---|

**Applied Finishes USA LLC**

PO Box 487
Hurricane, WV 25526-0487

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,940.00 |
|---|---|---|---|

**Aqua Scape Pools & Spas Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

1368 W Cary Dr
Dunnellon, FL 34434-7724

**Basis for the claim:** _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**AR Trade Solutions LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

41014 Clay Gully Rd
Myakka City, FL 34251-8931

**Basis for the claim:** _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $747.50 |
|---|---|---|---|

**Ardurra**

☐ Contingent
☐ Unliquidated
☐ Disputed

324 Nicholas Pkwy W Ste A
Cape Coral, FL 33991-2559

**Basis for the claim:** _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,065.87 |
|---|---|---|---|

**Arkansas Lighting**

☐ Contingent
☐ Unliquidated
☐ Disputed

1701 S 28th St
Van Buren, AR 72956-6268

**Basis for the claim:** _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,570.00 |
|---|---|---|---|

**Armor Exteriors**

☐ Contingent
☐ Unliquidated
☐ Disputed

17931 Kings Point Dr Apt L
Cornelius, NC 28031-0048

**Basis for the claim:** _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.00 |
|---|---|---|---|

**Arrowhead Manufacturing LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

7911 County Road 201
Fredericksburg, OH 44627-9627

**Basis for the claim:** _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,412.88 |
|---|---|---|---|

**Ascentium Capital**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 301593
Dallas, TX 75303-1593

**Basis for the claim:** _____

Date(s) debt was incurred __

Is the claim subject to offset? ■ No  ☐ Yes

Last 4 digits of account number __

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.95 |
|---|---|---|---|

**Aspired X**

16614 Jerhico Rd
Dalton, OH 44618

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,826.62 |
|---|---|---|---|

**ASSA ABLOY Global Solutions**

631 International Pkwy Ste 100
Richardson, TX 75081-6623

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,320.00 |
|---|---|---|---|

**Automatic Entrances of Wisconsin Inc.**

1712 Paramount Ct
Waukesha, WI 53186-3967

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,835.18 |
|---|---|---|---|

**Aveanna Healthcare**

400 Interstate North Pkwy SE Ste 1600
Atlanta, GA 30339-5047

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　Employee Medical Expenses

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.10 |
|---|---|---|---|

**Badgerland Disposal**

265 N Janesville St
Milton, WI 53563-1306

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,560.00 |
|---|---|---|---|

**Banks & Associates CPAs LLC**

PO Box 3686
Mansfield, OH 44907-0686

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Barrier South**

390 Parris Island Gtwy
Beaufort, SC 29906-5138

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WB Services Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209,525.51 |
|---|---|---|---|

**Becker Electric**

**288 E Mills St**
**Columbus, NC 28722-8745**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,329.44 |
|---|---|---|---|

**Belmont Savings Bank**

**3301 Guernsey St**
**Bellaire, OH 43906-1527**

Date(s) debt was incurred __

Last 4 digits of account number  **0865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,221.89 |
|---|---|---|---|

**Belmont Savings Bank**

**3301 Guernsey St**
**Bellaire, OH 43906-1527**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $805.02 |
|---|---|---|---|

**Best Capital Leasin**

**351 Fair Ave NW**
**New Philadelphia, OH 44663-1907**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,444.00 |
|---|---|---|---|

**Bird & Bull Engineers & Surveyors**

**3500 Snouffer Rd Ste 225**
**Columbus, OH 43235-2857**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,889.60 |
|---|---|---|---|

**Blackbird Commerical Roofing LLC**

**3236 State Route 93**
**Sugarcreek, OH 44681-9656**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,009.27 |
|---|---|---|---|

**Blanchard CAT**

**3151 Charleston Hwy**
**West Columbia, SC 29172-2723**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $407.39 |
|---|---|---|---|

**Blushift Wireless**

**5555 County Road 203 Ste B1**
**Millersburg, OH 44654-8242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,982.92 |
|---|---|---|---|

**BluSite Solutions of Savannah**

**PO Box 11407**
**Birmingham, AL 35246-0100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,244.37 |
|---|---|---|---|

**Bosley Rental and Supply Inc.**

**1 Bosley Ave**
**Parkersburg, WV 26101-7110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325,792.68 |
|---|---|---|---|

**Botzum Brothers Hardware**

**520 N Arlington St**
**Akron, OH 44305-1638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,778.00 |
|---|---|---|---|

**Braxton Garza**

**416 E Butler St**
**Adrian, MI 49221-2210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,333.88 |
|---|---|---|---|

**Bridgeport Equipment & Tool**

**500 Hall St**
**Bridgeport, OH 43912-1324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,677.21 |
|---|---|---|---|

**Brinkley Technology Group**

**2770 Erie St S**
**Massillon, OH 44646-7943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,071.41 |
|------|------|------|------|

**Browning Contractors Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 382003
Germantown, TN 38183-2003

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,773.00 |
|------|------|------|------|

**Buckeye Concrete Pumping Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

4813 Oxford State Rd
Middletown, OH 45044-8922

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,175.00 |
|------|------|------|------|

**Buckeye Counters**

☐ Contingent
☐ Unliquidated
☐ Disputed

6917 S Kohler Rd
Apple Creek, OH 44606-9733

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,995.98 |
|------|------|------|------|

**Buckeye Furniture**

☐ Contingent
☐ Unliquidated
☐ Disputed

10034 County Road 1
Shreve, OH 44676-9612

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,416.00 |
|------|------|------|------|

**Buckeye Masonry & Construction LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

3731 US Route 62
Dundee, OH 44624-9202

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,781.69 |
|------|------|------|------|

**Caine & Weiner**

☐ Contingent
☐ Unliquidated
☐ Disputed

2000 Warrington Way
Louisville, KY 40222-6467

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,857.18 |
|------|------|------|------|

**Call One**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 9002
Cape Canaveral, FL 32920-9002

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,692.94 |
|---|---|---|---|

**Candlewood Suites**

9740 Commerce Center Ct
Fort Myers, FL 33908-3624

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,812.58 |
|---|---|---|---|

**Canon Solutions America Inc.**

12379 Collection Center Dr
Chicago, IL 60693-0123

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,468.38 |
|---|---|---|---|

**Capital City Group**

PO Box 2214
Decatur, AL 35609-2214

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Capital City Group Inc.**

2299 Performance Way
Columbus, OH 43207-2858

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Complaint filed in Holmes County Common Pleas, 22CV020; Default Judgment entered 8/1/2022**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,446.16 |
|---|---|---|---|

**Capital Materials Coastal**

PO Box 2847
Savannah, GA 31402-2847

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,574.45 |
|---|---|---|---|

**Cardinal Concrete**

564 Peniel Rd
Patriot, OH 45658-9010

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Carefirst Urgent Care**

9549 Montgomery Rd
Cincinnati, OH 45242-7238

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee Medical Expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,584.74 |
|------|------|------|------|

**Carlton Lodge**

1629 W Maumee St
Adrian, MI 49221-1239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|------|------|------|------|

**Carolina Chutes and Equipment**

69 Roberts Smalls Pkwy Ste 1-B
Beaufort, SC 29901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|------|------|------|------|

**Carotti Engineering**

9124 58th Dr E
Lakewood Ranch, FL 34202-9187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|------|------|------|------|

**Carpenter Drywall**

8154 Obannon Rd
Nashport, OH 43830-9399

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,920.00 |
|------|------|------|------|

**Carrillo Concrete Constructions Services**

3912 Creek Woods Dr
Plant City, FL 33563-4086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,842.65 |
|------|------|------|------|

**Carter Lumber**

6139 State Route 39
Millersburg, OH 44654-8845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,036.56 |
|------|------|------|------|

**Cattlemen Properties LLC**

850 Shilo Rd
Sarasota, FL 34240-9705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|------|---|---|---|

**CBG Midwest LLC**

520 N Arlington St
Akron, OH 44305-1638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Holmes County- Judgment entered 3/8/2021__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.44 |
|------|---|---|---|

**Central Florida Expressway Authority**

PO Box 585070
Orlando, FL 32858-5070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,020.50 |
|------|---|---|---|

**Central Kentucky Sprinkler**

243 Industrial Pkwy
Nicholasville, KY 40340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,477.50 |
|------|---|---|---|

**Centrus LLC**

4924 Stanbury Cir NW
Massillon, OH 44646-9579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,985.69 |
|------|---|---|---|

**Childrens Hospital Med Center of Akron**

1 Perkins Sq
Akron, OH 44308-1063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Employee Medical Expenses__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|------|---|---|---|

**Chuck Nicholson**

7190 State Route 39
Millersburg, OH 44654-9204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.55 |
|------|---|---|---|

**Cigna**

900 Cottage Grove Rd
Bloomfield, CT 06002-2920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Employee Medical Expenses__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714.24 |
|---|---|---|---|

**Cintas Corp.**

PO Box 630910
Cincinnati, OH 45263-0910

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,652.27 |
|---|---|---|---|

**Citrix**

851 W Cypress Creek Rd
Fort Lauderdale, FL 33309-2009

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,840.93 |
|---|---|---|---|

**City Electric Supply Company**

PO Box 609521
Orlando, FL 32860-9521

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,804.00 |
|---|---|---|---|

**Clary's Sitework & Development Inc.**

4661A Hancock Bridge Pkwy
North Fort Myers, FL 33903

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305,718.39 |
|---|---|---|---|

**Clearview Excavating**

901 Heinsville Rd
Shelbyville, KY 40065-9673

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517.00 |
|---|---|---|---|

**Coastal Employment**

1536 Fording Island Rd Ste 108
Hilton Head Island, SC 29926-1144

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,481.93 |
|---|---|---|---|

**Coastal Waste & Recycling Inc.**

PO Box 25756
Miami, FL 33102-5756

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,841.86 |
|------|------|------|------|

**Collins Hammett Construction**

138 Johns Rd Bldg A
Greer, SC 29650-4713

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,550.88 |
|------|------|------|------|

**Columbus Zoo & Aquarium**

9990 Riverside Dr
Powell, OH 43065-9606

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $694.64 |
|------|------|------|------|

**Comcast Business**

141 NW 16th St
Pompano Beach, FL 33060-5250

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.20 |
|------|------|------|------|

**Complete Transfer LLC**

13120 Aiken Rd
Louisville, KY 40223-4748

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $461.44 |
|------|------|------|------|

**Concrete Placement Services LLC**

1271 Strobhart Rd
Ridgeland, SC 29936-7629

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.80 |
|------|------|------|------|

**Consumers Energy**

PO Box 740309
Cincinnati, OH 45274-0309

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|------|------|------|------|

**Container Port Group**

1340 Depot St Fl 2
Cleveland, OH 44116-1741

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $952.00 |
|---|---|---|---|

**Contribution Health LLC**

**PO Box 124**
**Villanova, PA 19085-0124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.00 |
|---|---|---|---|

**Corcoran Fire**

**3328 Associates Dr**
**Burton, MI 48529-1302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,074.00 |
|---|---|---|---|

**Cornego Custom Welding**

**1451 Industrial Dr**
**Lafayette, IN 47905-4871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $604.68 |
|---|---|---|---|

**Cottage Grove Commons LLC**

**1202 Regent St**
**Madison, WI 53715-3600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Craig Segrist**

**2804 Township Road 412**
**Dundee, OH 44624-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Crain Supply**

**6445 Old Highway 90**
**Milton, FL 32570-6603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $948.42 |
|---|---|---|---|

**Creative Holmes**

**9098 State Route 39**
**Millersburg, OH 44654-9791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,576.66 |
|---|---|---|---|

**Critchfield Critchfield & Johnston Ltd.**

PO Box 599
Wooster, OH 44691-0599

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,870.00 |
|---|---|---|---|

**Cross Construction Company Inc.**

PO Box 231
Ballard, WV 24918-0231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.50 |
|---|---|---|---|

**Cross Island Parkway**

PO Box 5096
Hilton Head Island, SC 29938-5096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,318.49 |
|---|---|---|---|

**CSC Service Works Super Laundry**

35 Corporate Dr Ste 220
Burlington, MA 01803-4244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,030.00 |
|---|---|---|---|

**Custom Air & Plumbing**

5338 Pinkney Ave
Sarasota, FL 34233-2420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,037.75 |
|---|---|---|---|

**D. C. Graber Construction**

13156 Maddox Ridge Rd
Campbellsburg, KY 40011-7201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,536.90 |
|---|---|---|---|

**Dad Esparaza Construction Corp.**

1039 N Beneva Rd
Sarasota, FL 34232-1332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

      Name

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $478.84 |
|---|---|---|---|

**De Lage Landen Financial Services Inc.**

PO Box 41602
Philadelphia, PA 19101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**De Lage Landen Financial Services Inc.**

1111 Old Eagle School Rd
Wayne, PA 19087-1453

Date(s) debt was incurred  05/24/2014

Last 4 digits of account number  2620

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ohio UCC OH00211552620

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,409.45 |
|---|---|---|---|

**Deborah Schwartz**

4556 Schilling Hill Rd NW
New Philadelphia, OH 44663-7980

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,657.87 |
|---|---|---|---|

**Dependable Service Plumbing**

PO Box 2716
Pawleys Island, SC 29585-2716

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,377.25 |
|---|---|---|---|

**Designer Tile and Stone LLC**

100 Newfield Ave Ste D
Edison, NJ 08837-3849

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Diamond Jubilee Pelham LLC**
c/o Carter R. Massingill, Esq.
55 Beattie Pl Ste 1200
Greenville, SC 29601-2170

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Complaint filed in Tuscarawas County Common Pleas 2022 CV 11 0691

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,176.62 |
|---|---|---|---|

**Diaz Concrete Construction**

142 Ashton Pl
Ridgeland, SC 29936-6906

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,819.52 |
|---|---|---|---|

**Dinsmore & Shohl LLP**

☐ Contingent
☐ Unliquidated
☐ Disputed

101 S 5th St Ste 25000
Louisville, KY 40202-3157

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,670.00 |
|---|---|---|---|

**DM Construction**

☐ Contingent
☐ Unliquidated
☐ Disputed

3724 New Hudson Rd
Orwell, OH 44076-9724

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.34 |
|---|---|---|---|

**Doan Companies**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 980629
Ypsilanti, MI 48198

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,712.33 |
|---|---|---|---|

**Dormakaba Canada Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 896502
Charlotte, NC 28289-6502

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172,648.82 |
|---|---|---|---|

**Doug Drywall Construction LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

6598 Ash Park Dr
Galloway, OH 43119-8280

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,975.00 |
|---|---|---|---|

**Dover Tank & Plate Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

5725 Crown Rd NW
Dover, OH 44622-9649

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.37 |
|---|---|---|---|

**DriveERT**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 412362
Boston, MA 02108

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.132** | |

**Nonpriority creditor's name and mailing address**

**Dropbox**

PO Box 102345
Pasadena, CA 91101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$2,101.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.133** | |

**Nonpriority creditor's name and mailing address**

**Drywall Enterprise LLC**

3125 Dandy Trl Ste 208
Indianapolis, IN 46214-1460

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$15,737.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.134** | |

**Nonpriority creditor's name and mailing address**

**Dutchline**

PO Box 158
Berlin, OH 44610-0158

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$1,169.33**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.135** | |

**Nonpriority creditor's name and mailing address**

**E. Sam Jones Distributor**

PO Box 536794
Atlanta, GA 30353-6794

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$5,604.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.136** | |

**Nonpriority creditor's name and mailing address**

**Eagle Machinery & Supply Inc.**

422 Dutch Valley Dr NE
Sugarcreek, OH 44681-7517

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$1,739.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.137** | |

**Nonpriority creditor's name and mailing address**

**Echols Oil Company Inc.**

PO Box 1477
Greenville, SC 29602-1477

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$8,573.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.138** | |

**Nonpriority creditor's name and mailing address**

**Eco-Seal Home Solutions**

4535 Township Road 367
Millersburg, OH 44654-8885

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$3,235.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,197.07 |
|---|---|---|---|

**Edwards Mooney & Moses**

1320 McKinley Ave Ste B
Columbus, OH 43222-1155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Edwin Romario**

6422 Sand Castle Dr
Holland, MI 49423-8539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $981.60 |
|---|---|---|---|

**Electrical Solutions Inc.**

2928 County Road Mn
Stoughton, WI 53589-2706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,342.50 |
|---|---|---|---|

**Elias Francisco Miguel Ramierz**

626 W Williams St
Lakeland, FL 33805-2114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,755.31 |
|---|---|---|---|

**Elite Flooring**

2433 State Route 39
Sugarcreek, OH 44681-9633

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,187.30 |
|---|---|---|---|

**Elite Painting Services LLC**

3991 County Road 58
Millersburg, OH 44654-8508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,946.85 |
|---|---|---|---|

**EM Contractors**

2221 E Southport Rd
Indianapolis, IN 46227-5221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,404.00 |
|---|---|---|---|

**Encompass Health Rehab Hospital**

6400 Edgelake Dr
Sarasota, FL 34240-8813

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Employee Medical Expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,288.71 |
|---|---|---|---|

**Enterprise Fleet**

8249 Mohawk Dr
Strongsville, OH 44136-1795

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,499.68 |
|---|---|---|---|

**EP Construction**

9457 Hilda Ave
Richmond, VA 23237-3440

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.95 |
|---|---|---|---|

**EPLS LLC**

250 Erin Ct
Lancaster, PA 17573-1965

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Employee Medical Expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,104.20 |
|---|---|---|---|

**Eques Inc.**

5989 County Road 77
Millersburg, OH 44654-9038

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,095.00 |
|---|---|---|---|

**Eric T. Devoll**

8358 Township Road 662
Dundee, OH 44624-9634

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|

**Erik Brotherton Architect PLLC**

327 Washington Ave
Pleasantville, NY 10570-2019

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $797.50 |

**Esther M. Hershberger**

2448 Township Road 414
Dundee, OH 44624-9239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,856.38 |

**Expressions Countertops LLC**

PO Box 252
Baltic, OH 43804-0252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,773.13 |

**Fabtex**

29 Woodbine Ln
Danville, PA 17821-8022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215,102.04 |

**Faster Better Construction Corp.**

3427 29th St E
Bradenton, FL 34208-7311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,860.00 |

**FE Moran Inc.**

3001 Research Rd
Champaign, IL 61822-1064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.77 |

**FedEx**
**US Collections Dept**
PO Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,619.51 |

**Feikert Sand & Gravel Inc.**

6871 Township Road 605
Millersburg, OH 44654-9125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $362,931.49 |
|---|---|---|---|

**Fenton Bros. Electric Inc.**

PO Box 996
New Philadelphia, OH 44663-0996

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,852.68 |
|---|---|---|---|

**Ferguson Enterprises Inc.**

PO Box 100286
Atlanta, GA 30384-0286

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,540.96 |
|---|---|---|---|

**Ferrellgas**

PO Box 173940
Denver, CO 80217-3940

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,798.92 |
|---|---|---|---|

**First Electrical Contractors LLC**

5820 SW 188th Ave
Southwest Ranches, FL 33332-1343

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,821.51 |
|---|---|---|---|

**Flo Star Plumbing**

2136 Township Road 416
Dundee, OH 44624-9621

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.51 |
|---|---|---|---|

**Florida DOT Toll By Plate**

PO Box 31241
Tampa, FL 33631-3241

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,989.72 |
|---|---|---|---|

**Florida Power & Light**
**General Mail Facility**
Miami, FL 33188

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311,710.60 |
|---|---|---|---|

**Fox Blocks Airlite Plastics**

32055 Collections Center Dr
Chicago, IL 60601

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $336.00 |
|---|---|---|---|

**Francisco Ramon**

328 E 2nd St Rear
Dover, OH 44622-1804

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,584.04 |
|---|---|---|---|

**Fuelman**

PO Box 70887
Charlotte, NC 28272-0887

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**GA Forestry**

PO Box 344
Berlin, OH 44610-0344

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $277.20 |
|---|---|---|---|

**Gastroenterology & Hepatology Specialist**

4360 Fulton Dr NW Ste B
Canton, OH 44718

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Employee Medical Expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,074.17 |
|---|---|---|---|

**GDN Welding & Construction**

26697 Danville Amity Rd
Danville, OH 43014-9769

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,900.00 |
|---|---|---|---|

**Genco Pools & Spas**

1217 NE Main St
Simpsonville, SC 29681-6019

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**Generator Systems**

2246 Port Centre Dr
Medina, OH 44256-5994

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,797.50** |
|---|---|---|---|

**Geo Technologies**

1016 SE 3rd Ave
Ocala, FL 34471-3728

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,786.93** |
|---|---|---|---|

**George's Concrete Pumping Services Inc.**

PO Box 33635
Indianapolis, IN 46203-0635

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Georgetown County Building Department**

PO Box 421270
Georgetown, SC 29442-4200

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,463.12** |
|---|---|---|---|

**Geos Enterprises LLC**

806 Powdersville Rd Ste R
Easley, SC 29642-1980

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,371.50** |
|---|---|---|---|

**GeoTechnology**

11816 Lackland Rd Ste 150
Saint Louis, MO 63146-4237

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,692.97** |
|---|---|---|---|

**Gingerich Trailer Sales**

5815 State Route 39
Millersburg, OH 44654-8330

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address**<br><br>**Glass Doctor**<br><br>**PO Box 495**<br>**Millersburg, OH 44654-0495**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$8,808.84** |
| 3.182 | **Nonpriority creditor's name and mailing address**<br><br>**GLS Inc.**<br><br>**3512 S Harding St**<br>**Indianapolis, IN 46217-3345**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$2,095.20** |
| 3.183 | **Nonpriority creditor's name and mailing address**<br><br>**Golden Rule Lumber & Hardware**<br><br>**4100 Guthrie Rd**<br>**Guthrie, KY 42234-9110**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$353.07** |
| 3.184 | **Nonpriority creditor's name and mailing address**<br><br>**Graber's Concrete Construction LLC**<br><br>**6520 N 110th E**<br>**Loogootee, IN 47553**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$15,197.55** |
| 3.185 | **Nonpriority creditor's name and mailing address**<br><br>**Graves Lumber**<br><br>**PO Box 14870**<br>**Copley, OH 44321-4870**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$578.64** |
| 3.186 | **Nonpriority creditor's name and mailing address**<br><br>**Great American Insurance Company**<br><br>**301 E 4th St Fl 24**<br>**Cincinnati, OH 45202-4278**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Tuscarawas County- Judgment Lien 2022 CJ 11 0306; Judgment also filed in Holmes County, 22CJ0554, 22CJ0555, 22CJ0556**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$291,981.35** |
| 3.187 | **Nonpriority creditor's name and mailing address**<br><br>**Green Care Lawn**<br><br>**PO Box 96**<br>**Dundee, OH 44624-0096**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **unknown** |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.16 |
|---|---|---|---|

**Guaranteed Supply Company**

PO Box 36007
Greensboro, NC 27416-6007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,047.50 |
|---|---|---|---|

**Gutierrez Flooring Service**

5608 Carrollwood Meadows Dr
Tampa, FL 33625-3272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,116.25 |
|---|---|---|---|

**Hampton Inn Fort Myers**

11281 Summerlin Square Dr
Fort Myers Beach, FL 33931-5367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $395.00 |
|---|---|---|---|

**Harmon Interiors**

11360 N 1300 E
Loogootee, IN 47553-5178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,265.00 |
|---|---|---|---|

**Haynsowrth Sinkler Boyd PA**

PO Box 2048
Greenville, SC 29602-2048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,804.09 |
|---|---|---|---|

**Heartland Masonry & Construction LLC**

1567 County Road 168
Dundee, OH 44624-9219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,227.20 |
|---|---|---|---|

**Heartland Stairways**

7964 Township Road 565
Holmesville, OH 44633-9702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,123.01 |
|---|---|---|---|

**Herc Rentals**

PO Box 936257
Atlanta, GA 31193-6257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Herc Rentals**

PO Box 936257
Atlanta, GA 31193-6257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Holmes County- Foreign Judgment Execution 22CV003__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408.00 |
|---|---|---|---|

**HH2 Cloud Services**

938 University Park Blvd Ste 200
Clearfield, UT 84015-6285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,642.43 |
|---|---|---|---|

**Hickory Lane Welding**

11657 Salt Creek Rd
Fredericksburg, OH 44627-9755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,384.13 |
|---|---|---|---|

**Hillside Propane Inc.**

2113 Dutch Valley Dr NW
Sugarcreek, OH 44681-7922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,709.00 |
|---|---|---|---|

**HL Sales**

11461 Salt Creek Rd
Fredericksburg, OH 44627-9755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,673.50 |
|---|---|---|---|

**Holiday Inn Express Worthington**

55 Hutchinson Ave
Columbus, OH 43235-1413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WB Services Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,183.28 |
|---|---|---|---|

**Holmes Auto LLC**

**7190 State Route 39**
**Millersburg, OH 44654-9204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.49 |
|---|---|---|---|

**Holmes Family Medicine**

**151 Parkview Dr**
**Millersburg, OH 44654-8949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Employee Medical Expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**Holmes M & M Construction**

**5024 Township Road 382**
**Millersburg, OH 44654-9208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,174.32 |
|---|---|---|---|

**Holmes Oil Distributing**

**PO Box 148**
**Millersburg, OH 44654-0148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Holmes Oil Distributing**

**PO Box 148**
**Millersburg, OH 44654-0148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

Basis for the claim: **Complaint filed in Holmes Municipal Court, CVi2200296; Judgment entered 1/30/2023**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,550.37 |
|---|---|---|---|

**Holmes Power Equipment**

**7700 State Route 241**
**Millersburg, OH 44654-8387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,264.81 |
|---|---|---|---|

**Holmes Redimix**

**7571 State Route 83**
**Holmesville, OH 44633-9633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,092.04 |
|---|---|---|---|

**Holmes Rental Station Inc**

**1298 State Route 39 NW**
**Sugarcreek, OH 44681-7814**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,107.64 |
|---|---|---|---|

**Holmes Wayne Electric Cooperative Inc.**

**PO Box 112**
**Millersburg, OH 44654-0112**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Hooper Corporation**

**2030 Pennsylvania Ave**
**Madison, WI 53704-4746**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,057.50 |
|---|---|---|---|

**Hoosier Glass Co.**

**562 S Post Rd**
**Indianapolis, IN 46239-9741**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,825.72 |
|---|---|---|---|

**Hospitality Design**

**11720 Horseshoe Way**
**Richmond, BC V7A 4-V**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,799.16 |
|---|---|---|---|

**Hotel Fitness**

**PO Box 8550**
**Fort Wayne, IN 46898-8550**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.00 |
|---|---|---|---|

**Hummel Group Inc.**

**PO Box 250**
**Berlin, OH 44610-0250**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**Huntington National Bank**

**5555 Cleveland Ave**
**Columbus, OH 43231-4048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$720,280.64** |
|---|---|---|---|

**Huntington Steel & Supply Co.**

**100 3rd Ave**
**Huntington, WV 25701-1214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,177.58** |
|---|---|---|---|

**Huware Construction & Development Inc.**

**15906 Ryan Dr**
**Belton, MO 64012-5361**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,676.48** |
|---|---|---|---|

**IBP Savannah**

**PO Box 631**
**Pooler, GA 31322-0631**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,849.95** |
|---|---|---|---|

**Ice Machines Plus**

**24 Maple St**
**Wethersfield, CT 06109-3417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$959.50** |
|---|---|---|---|

**Illinois Tollway**

**PO Box 5544**
**Chicago, IL 60680-5491**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,271.11** |
|---|---|---|---|

**ImaginIt Technologies**

**28127 Network Pl**
**Chicago, IL 60673-1281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140,012.00** |
|---|---|---|---|

**Integrity Construction II Inc.**

PO Box 728
Bellville, OH 44813-0728

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|---|---|---|---|

**J & M Mining**

17253 State Route 279
Oak Hill, OH 45656-9711

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114,639.70** |
|---|---|---|---|

**J Crane Inc.**

10315 W US Route 36
Covington, OH 45318-7902

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,250.00** |
|---|---|---|---|

**Jansen & Sons Insulation**

PO Box 534451
Atlanta, GA 30353-4451

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$371.00** |
|---|---|---|---|

**Jay Masonry Inc.**

2235 Township Road 151
Millersburg, OH 44654-9414

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,103.73** |
|---|---|---|---|

**JC Professional Drywall LLC**

112 Lynn Dr
Taylors, SC 29687-4113

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**JDW Architects**

2707 S Clarksville Rd
Clarksville, OH 45113-9307

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430,460.24 |

**3.230** Nonpriority creditor's name and mailing address
**JE & MA Enterprises LLC**

**2336 Wild Tamarind Blvd**
**Orlando, FL 32828-7394**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          $430,460.24
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.231** Nonpriority creditor's name and mailing address
**Jeremy and Beth Barlet**

**171 Old Pond Cir**
**Bluffton, SC 29910-7811**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          $947.82
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.232** Nonpriority creditor's name and mailing address
**Jerry W. Hershberger, et al.**

**2425 Township Road 444**
**Sugarcreek, OH 44681-9419**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suit filed in Holmes County Common Pleas, 18CV078

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.233** Nonpriority creditor's name and mailing address
**Jim Miller**

**4669 Township Road 422**
**Sugarcreek, OH 44681-9401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          $251,467.58
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234** Nonpriority creditor's name and mailing address
**JLG Industries Inc.**

**14943 Collection Center Dr**
**Chicago, IL 60693-0149**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          $752.88
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.235** Nonpriority creditor's name and mailing address
**Jordi Construction LLC**

**6706 Coolridge Rd**
**Temple Hills, MD 20748-2704**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          $32,075.15
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236** Nonpriority creditor's name and mailing address
**Joshua Zeigler**

**4890 Rostalk Rd**
**Galion, OH 44833-9777**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,019.42** |
|---|---|---|---|

**JP Farley**

PO Box 458022
Westlake, OH 44145-8022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.26** |
|---|---|---|---|

**JSD Professional Services**

161 Horizon Dr Ste 101
Verona, WI 53593-1249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,745.00** |
|---|---|---|---|

**July Servics**

PO Box 2208
Waco, TX 76703-2208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$798.75** |
|---|---|---|---|

**JW Craft Inc.**

4329 Enterprise Ave
Naples, FL 34104-7010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.50** |
|---|---|---|---|

**K & W Yard Designs**

7487 E 650 N
Montgomery, IN 47558-5090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$311,449.18** |
|---|---|---|---|

**Kann Custom Welding LLC**

10339 Justus Ave SW
Beach City, OH 44608-9504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,281.46** |
|---|---|---|---|

**KB Walker**

W230S4513 Milky Way Rd
Waukesha, WI 53189-7911

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,225.80 |
|---|---|---|---|

**Keim Concrete LLC**

4175 W Old Lincoln Way
Wooster, OH 44691-3241

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,696.00 |
|---|---|---|---|

**Keller North America Inc.**

5461 W Waters Ave Ste 900
Tampa, FL 33634-1233

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,500.00 |
|---|---|---|---|

**Kenny's Air Conditioning & Heating**

4418 N Cortez Ave
Tampa, FL 33614-7020

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.95 |
|---|---|---|---|

**Kentucky Utilities**

PO Box 25212
Lehigh Valley, PA 18002-5212

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,428.77 |
|---|---|---|---|

**Key Blue Prints Inc.**

195 E Livingston Ave
Columbus, OH 43215-5745

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,763.69 |
|---|---|---|---|

**Koorsen Fire & Security**

2719 N Arlington Ave
Indianapolis, IN 46218-3322

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**KT Services LLC**

5666 Tynecastle Loop
Dublin, OH 43016-6041

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,988.00 |
|---|---|---|---|

**Kurtz Construction**

5223 Donley Rd
Middlefield, OH 44062-9518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,029.74 |
|---|---|---|---|

**L & J Erection**

102 W Pike St
Houston, PA 15342-1462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193,154.17 |
|---|---|---|---|

**L & W Supply**

PO Box 74008229
Chicago, IL 60674-8229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,320.00 |
|---|---|---|---|

**Lamp Flooring**

50 Harrison St
Newport, OH 45768-9050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,300.00 |
|---|---|---|---|

**Last Stop Carpentry**

8509 Honors St
Champions Gate, FL 33896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|

**Laura Becker**

3013 Summerfield Dr
Louisville, KY 40220-3327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,040.00 |
|---|---|---|---|

**LD&D**

503 Washburn Ave Ste 101
Louisville, KY 40222-4798

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,575.00** |
|---|---|---|---|

**LDR Local Dumpster**

6100 Lake Forest Dr Ste 505
Atlanta, GA 30328-3836

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|---|---|---|---|

**Lenawee Hospitality LLC**

457 S Reynolds Rd Ste 115
Toledo, OH 43615-5953

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Complaint filed in Lucas County Common Pleas G-4801-CL -202201285-000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|---|---|---|---|

**Lenawee Hospitality LLC**

457 S Reynolds Rd Ste 115
Toledo, OH 43615-5953

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Complaint filed in Lucas County Common Pleas G-4801-CI-202002398-000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,308.33** |
|---|---|---|---|

**Liberty Mutual Insurance**

PO Box 1449
New York, NY 10116-1449

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$184,064.80** |
|---|---|---|---|

**Liberty Redi-Mix**

1001 Eastwood Ave
Akron, OH 44305-1127

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|---|---|---|---|

**Lightning Rod Mutual Insurance Co, et al**
Attn: David L. Jarrett, Esq.
2865 Benden Dr
Wooster, OH 44691-2596

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Complaint filed in Wayne County Common Pleas, 2022 CVC-H 0046**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$343.20** |
|---|---|---|---|

**Little's Septic Service Inc.**

239 Clay St
Wheelersburg, OH 45694-8407

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,857.28** |
|---|---|---|---|

**Lucas Electrical Contractors**

☐ Contingent
☐ Unliquidated
☐ Disputed

12300 Sprecher Ave
Cleveland, OH 44135-5124

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,703.75** |
|---|---|---|---|

**Luna Drywall and Paint LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

22 Essex Ct
Bluffton, SC 29910-4008

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,457.00** |
|---|---|---|---|

**Lynn Trucking Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

6448 S County Road 675 E
Plainfield, IN 46168-8655

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,181.03** |
|---|---|---|---|

**M & H Plumbing Supply LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

3367 Township Road 414
Dundee, OH 44624-9209

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98,403.06** |
|---|---|---|---|

**M & H Supply**

☐ Contingent
☐ Unliquidated
☐ Disputed

6605 State Route 515
Dundee, OH 44624-9216

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,567.00** |
|---|---|---|---|

**M & M Excavating LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

373 Graytwig Cir
Murrells Inlet, SC 29576-6467

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$439.29** |
|---|---|---|---|

**M.T. Services Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 136
Berlin, OH 44610-0136

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Mary D. Miller**

4827 Leihley Hill Rd NW
Sugarcreek, OH 44681-7774

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,339.42 |
|---|---|---|---|

**Mast Construction LLC**

230 Creswell Ave E
Greenwood, SC 29646-3402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,779.72 |
|---|---|---|---|

**Maxim Crane Works LP**

4389 Solutions Ctr
Chicago, IL 60677-4003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.90 |
|---|---|---|---|

**MCTV**

PO Box 1000
Massillon, OH 44648-1000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.67 |
|---|---|---|---|

**Medwatch LLC**

400 Colonial Center Pkwy Ste 320
Lake Mary, FL 32746-7682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Employee Medical Expenses__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,825.50 |
|---|---|---|---|

**Mel & Mary's Cottages**

2972 Township Road 190
Baltic, OH 43804-9608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Michael Miller**

2159 Township Road 416
Dundee, OH 44624-9220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.279** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$2,064.00** |

**3.279**

Nonpriority creditor's name and mailing address

**Mid Ohio Powder Coating**

**4041 Township Road 606**
**Fredericksburg, OH 44627-9685**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$2,064.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280**

Nonpriority creditor's name and mailing address

**Midwest Equipment Sales**

**777 Manor Park Dr**
**Columbus, OH 43228-9522**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$7,000.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281**

Nonpriority creditor's name and mailing address

**Miller General Construction**

**3712 Rice Rd**
**Orwell, OH 44076-9715**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$36,023.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282**

Nonpriority creditor's name and mailing address

**Miller Hardware & Supply Ltd.**

**PO Box 15**
**Winesburg, OH 44690-0015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$2,696.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283**

Nonpriority creditor's name and mailing address

**Miller Rousabout Service Inc.**

**9429 Winesburg Rd**
**Dundee, OH 44624-9438**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$1,329.57**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284**

Nonpriority creditor's name and mailing address

**Miller's Reliable Waste Service**

**10930 Erie Ave SW**
**Beach City, OH 44608-9791**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$3,580.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285**

Nonpriority creditor's name and mailing address

**Mills Supply**

**1100 S 9th St**
**Louisville, KY 40203-3122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$1,539.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286**

**Nonpriority creditor's name and mailing address**

**Mincey Bathroom Installation Inc.**

**936 Azalea Rdg**
**Dahlonega, GA 30533-5609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.287**

**Nonpriority creditor's name and mailing address**

**Mincey Marble**

**1940 New Harvest Rd**
**Gainesville, GA 30507-8772**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,318.49**

---

**3.288**

**Nonpriority creditor's name and mailing address**

**Mini Mobile**

**PO Box 650882**
**Dallas, TX 75265-0882**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,099.17**

---

**3.289**

**Nonpriority creditor's name and mailing address**

**Mohawk Group**

**PO Box 935553**
**Atlanta, GA 31193-5553**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$7,151.23**

---

**3.290**

**Nonpriority creditor's name and mailing address**

**Moore & Neidenthal Inc.**

**PO Box 468**
**Dover, OH 44622-0468**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,620.00**

---

**3.291**

**Nonpriority creditor's name and mailing address**

**Moses Miller**

**2040 Township Road 414**
**Dundee, OH 44624-9204**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$382,500.00**

---

**3.292**

**Nonpriority creditor's name and mailing address**

**Mount Eaton Engine Shop**

**10225 Senff Rd**
**Dundee, OH 44624-9435**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$731.68**

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,188.11 |
|---|---|---|---|

**Mount Eaton Trailer LLC**

9252 County Road 186
Dundee, OH 44624-9408

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,271.26 |
|---|---|---|---|

**Mount Hope Fence**

PO Box 95
Mount Hope, OH 44660-0095

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,904.91 |
|---|---|---|---|

**MP Renovations Inc.**

407 River Heights Cir
Anderson, SC 29621-6534

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.04 |
|---|---|---|---|

**MPL Company**

203 N Edgerton St
Fairland, IN 46126-2036

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,365.32 |
|---|---|---|---|

**Myron Miller Trucking Inc.**

7125 Township Road 310
Millersburg, OH 44654-9201

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,549.21 |
|---|---|---|---|

**National Construction Rentals**

PO Box 4503
Pacoima, CA 91333-4503

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,544.02 |
|---|---|---|---|

**NC Quick Pass**

PO Box 71116
Charlotte, NC 28272-1116

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $353.87 |

**Nevin Hostetler**

8046 State Route 516 NW
Dundee, OH 44624-8601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,075.00 |

**New View Resurfacing**

2511 Treat St
Adrian, MI 49221-4011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.64 |

**New York Thruway**

PO Box 15186
Albany, NY 12212-5186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $471,262.36 |

**Nieva Hospitality LLC**

6834 County Road 672
Millersburg, OH 44654-8349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |

**NLR Tools Limited**

44832 County Road 75
Conesville, OH 43811-9712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,454.00 |

**Noah Yutzy & Sons Builders LLC**

16109 Shedd Rd
Middlefield, OH 44062-9154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,612.49 |

**Northeast Ohio Gas**

PO Box 74008596
Chicago, IL 60674-8596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Nova Title Agency Inc.**

30455 Solon Rd
Solon, OH 44139-3458

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.50 |
|---|---|---|---|

**NueSynergy**

4601 College Blvd Ste 280
Leawood, KS 66211-1650

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,737.21 |
|---|---|---|---|

**Ohio Dept Of Job & Family Services**

PO Box 182404
Columbus, OH 43218

Date(s) debt was incurred  12/10/2022
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Holmes County Recorder- Unemployment Lien filed as Document No. 202200005821

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137.73 |
|---|---|---|---|

**Ohio Dept Of Job & Family Services**

PO Box 182404
Columbus, OH 43218

Date(s) debt was incurred  12/17/2021
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  olmes County Recorder- Unemployment Lien filed as Document No. 202100019134

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,560.19 |
|---|---|---|---|

**Ohio Lumber Brick & Block LLC**

8890 State Route 117
Huntsville, OH 43324-9600

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,933.73 |
|---|---|---|---|

**Ohio Specialty Surgery Center**

7442 Frank Ave
North Canton, OH 44720

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Medical Services Provided

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.32 |
|---|---|---|---|

**Ohio State Outpatient Care**

6100 N Hamilton Rd
Westerville, OH 43081

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee Medical Expenses

Is the claim subject to offset? ☑ No ☐ Yes

---

23-60425-maw    Doc 1    FILED 04/12/23    ENTERED 04/12/23 15:43:19    Page 84 of 223

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121,245.36 |
|---|---|---|---|

**Okatie Construction**

**PO Box 909**
**Ridgeland, SC 29936-2616**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,873.30 |
|---|---|---|---|

**Omni Fireproofing Co. LLC**

**9305 Le Saint Dr**
**Fairfield, OH 45014-5447**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $208,500.00 |
|---|---|---|---|

**OneFunder LLC**

**8019 N Himes Ave Ste 300**
**Tampa, FL 33614-2761**

Date(s) debt was incurred  03/16/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment entered in 3rd Distirct Court, Salt Lake City Dept, No. 230901196

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,777.38 |
|---|---|---|---|

**Only Experienced Professionals LLC**

**3855 Paragon Dr**
**Columbus, OH 43228-9484**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,200.31 |
|---|---|---|---|

**Orrville Trucking & Grading**

**PO Box 220**
**Orrville, OH 44667-0220**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.15 |
|---|---|---|---|

**Ortho United**

**7442 Frank Ave NW**
**North Canton, OH 44720-7022**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee Medical Expenses

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.38 |
|---|---|---|---|

**Oscar W. Larson Co.**

**10100 Dixie Hwy**
**Clarkston, MI 48348-2414**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206,207.30 |
|---|---|---|---|

**Otis Elevator Company**

6010 Corporate Way
Indianapolis, IN 46278-2923

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,434.54 |
|---|---|---|---|

**Pac-Van Inc.**

PO Box 840514
Dallas, TX 75284-0514

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.00 |
|---|---|---|---|

**Palmetto Electric Cooperative Inc.**

PO Box 530812
Atlanta, GA 30353-0812

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.00 |
|---|---|---|---|

**Palmetto Electric Cooperative Inc.**

PO Box 530812
Atlanta, GA 30353-0812

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,070.00 |
|---|---|---|---|

**Palmetto State Glass**

1501 Saint Andrews Rd
Columbia, SC 29210-5933

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $415.00 |
|---|---|---|---|

**Paracrop**

PO Box 160568
Sacramento, CA 95816-0568

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,045.00 |
|---|---|---|---|

**Pass Industries**

6207 28th St E
Bradenton, FL 34203-5337

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,886.90 |
|---|---|---|---|

**Patrick McCaffrey**

251 Daniel Burnham Sq Apt 303
Columbus, OH 43215-2683

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,114.50 |
|---|---|---|---|

**Patriot Engineering and Environmental**

6150 E 75th St
Indianapolis, IN 46250-2783

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,872.50 |
|---|---|---|---|

**Peachtree Construction**

2054 Laramie Rd NW
Carrollton, OH 44615-9056

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184.30 |
|---|---|---|---|

**Pennsylvania Turnpike Toll by Plate**

PO Box 645631
Pittsburgh, PA 15264

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,473.34 |
|---|---|---|---|

**Peppers Plumbing**

5973 State Route 241
Millersburg, OH 44654-9464

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,715.00 |
|---|---|---|---|

**Performance Plumbing LLC**

2050 Township Road 416
Dundee, OH 44624-9640

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112,000.00 |
|---|---|---|---|

**Peterson Contractors Inc.**

PO Box A
Reinbeck, IA 50669-0155

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112,000.00** |
|---|---|---|---|
| | **Peterson Contractors Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box A** | ☐ Disputed | |
| | **Reinbeck, IA 50669-0155** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46.95** |
|---|---|---|---|
| | **PharmAvail Benefit Management** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **3380 Trickum Rd # 100** | ☐ Disputed | |
| | **Woodstock, GA 30188-3680** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Employee Medical Expenses__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,742.00** |
|---|---|---|---|
| | **Phillips Hospitality** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **490 N McCarthy Blvd** | ☐ Disputed | |
| | **Milpitas, CA 95035-5118** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$471.00** |
|---|---|---|---|
| | **PipelineSuite** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **3723 Birch St Ste 24** | ☐ Disputed | |
| | **Newport Beach, CA 92660-2614** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$169.92** |
|---|---|---|---|
| | **Piper Fire Protection** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **13075 US Highway 19 N** | ☐ Disputed | |
| | **Clearwater Beach, FL 33764-7224** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,103.98** |
|---|---|---|---|
| | **PlanGrid Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **2111 Mission St Ste 400** | ☐ Disputed | |
| | **San Francisco, CA 94110-6349** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,399.13** |
|---|---|---|---|
| | **Pleasant Valley Redi-Mix** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 436** | ☐ Disputed | |
| | **Sugarcreek, OH 44681-0436** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $478.00 |
|---|---|---|---|

**Port-A-Johnnie Inc.**

24 Main St
Shelbyville, KY 40065-1020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $666.20 |
|---|---|---|---|

**Porta Kleen Industrial Services Inc.**

1300 Paysphere Cir
Chicago, IL 60674-0013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,875.26 |
|---|---|---|---|

**Portsmouth Block**

2700 Gallia St
Portsmouth, OH 45662-4807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,982.11 |
|---|---|---|---|

**Premiere LLC**

3445 Harvest Dr Ste A
Gordonville, PA 17529-9514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,974.72 |
|---|---|---|---|

**Procore Technologies**

Dept CH 10757
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |
|---|---|---|---|

**Professional Safety Documents**

PO Box 576
Kent, OH 44240-0010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104,609.16 |
|---|---|---|---|

**Protegis Fire & Safety**

PO Box 931933
Cleveland, OH 44193-0004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.50 |
|---|---|---|---|

**Provia**

2150 State Route 39
Sugarcreek, OH 44681-9201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,673.43 |
|---|---|---|---|

**Provision Concepts LLC**

PO Box 1348
Shelbyville, KY 40066-1348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,173.55 |
|---|---|---|---|

**Pumpcrete America Inc.**

161 Comfort Rd
Palatka, FL 32177-8637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Quality Exteriors of Holmes County LLC**

PO Box 34
Walnut Creek, OH 44687-0034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,508.94 |
|---|---|---|---|

**Quality Inn & Suites Cincinnati**
Attn: Raja Prasad
800 W 8th St
Cincinnati, OH 45203-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,875.00 |
|---|---|---|---|

**Quality Panel LLC**

8139 Criswell Rd
Fredericksburg, OH 44627-9709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.77 |
|---|---|---|---|

**Quest Diagnostics**

PO Box 74050
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Employee Medical Expenses__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,045.39 |
|---|---|---|---|

**R & D Truck Center**

135 Pine St
Gallipolis, OH 45631-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.79 |
|---|---|---|---|

**R. E. Purnell Construction Inc.**

PO Box 1559
Shelbyville, KY 40066-1559

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.75 |
|---|---|---|---|

**RAM Tool**

4500 5th Ave S Ste A
Birmingham, AL 35222-2911

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,753.22 |
|---|---|---|---|

**Ramons Carpentry LLC**

532 Briarwood Rd
Venice, FL 34293-3247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,190.60 |
|---|---|---|---|

**Rays Trash Service Inc.**

Drawer 1
Clayton, IN 46118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $761.04 |
|---|---|---|---|

**RB Diesel Services**

PO Box 196
Berlin, OH 44610-0196

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,402.45 |
|---|---|---|---|

**Reading Rock**

4600 Devitt Dr
Cincinnati, OH 45246-1104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.08** |
|---|---|---|---|

**Rees Cast Stone**

901 Commercial Pkwy
Dover, OH 44622-3153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**REKS Contractors Inc.**

2660 Springbluff Ct
Buford, GA 30519-4191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Reliable Leak Detection LLC**

5840 Sutters Mill Dr
Cincinnati, OH 45247-5992

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,826.67** |
|---|---|---|---|

**Republic Services**

2800 Erie St S
Massillon, OH 44646-7915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$163.79** |
|---|---|---|---|

**River Link**

PO Box 70
Perry, NY 14530-0070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**RL Hochstetler Flooring Ltd.**

8919 E Moreland Rd
Apple Creek, OH 44606-9445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,885.00** |
|---|---|---|---|

**RM Masonry Renovation**

100 Wallace Ave Ste 425
Sarasota, FL 34237-6058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,992.50 |
|---|---|---|---|

**Rooter-Man**

11595 66th St
Largo, FL 33773-5410

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420.05 |
|---|---|---|---|

**Rumpke Waste & Recycling**

3990 Generation Dr
Cincinnati, OH 45201

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $954.00 |
|---|---|---|---|

**Russell Garza**

1996 Harold St
Adrian, MI 49221-4451

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,356.94 |
|---|---|---|---|

**RWA Global LLC**

3169 State Route 39
Millersburg, OH 44654-8805

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $720.00 |
|---|---|---|---|

**RX Help Centers LLC**

3905 Vincennes Rd Ste 200
Indianapolis, IN 46268-3039

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215,216.52 |
|---|---|---|---|

**Safe-N-Sound Security**

5555 County Road 203
Millersburg, OH 44654-8242

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,825.47 |
|---|---|---|---|

**Safety Quip Inc.**

4950 Getwell Rd
Memphis, TN 38118-7722

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,510.00 |
|---|---|---|---|

**Safety-Kleen Systems Inc**

42 Longwater Dr
Norwell, MA 02061-1612

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,870.36 |
|---|---|---|---|

**Sage One LLC**

2972 Township Road 190
Baltic, OH 43804-9608

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,174.50 |
|---|---|---|---|

**Samples Oilfield Trucking**

13911 Millersburg Rd
Danville, OH 43014-9697

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $471,666.60 |
|---|---|---|---|

**Schindler Elevator Corporation**

PO Box 70433
Chicago, IL 60673-0433

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,685.94 |
|---|---|---|---|

**Schwartz Siding Roofing & Renovation**

PO Box 357
Westfield, IN 46074-0357

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,454.00 |
|---|---|---|---|

**Scott Fenwick Wallcovering**

4864 Kresge Dr
Columbus, OH 43232-4535

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,793.00 |
|---|---|---|---|

**Seal Craft by Contour Windows Inc.**

2211 Auburn Rd
Auburn Hills, MI 48326-3108

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**SFM Code Enforcement**

PO Box 4009
Reynoldsburg, OH 43068-9009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**SH Construction LLC**

PO Box 878
Hardeeville, SC 29927-0878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.00 |
|---|---|---|---|

**Shane Neighbor**

407 Canal St
Newcomerstown, OH 43832

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,806.56 |
|---|---|---|---|

**Shelter Products Inc.**

PO Box 734399
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.00 |
|---|---|---|---|

**Simmons Manufacturing Co. LLC**

PO Box 945655
Atlanta, GA 30394-5655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,608.50 |
|---|---|---|---|

**Skelton's Plumbing**

5921 Waddy Rd
Waddy, KY 40076-6101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.28 |
|---|---|---|---|

**Sleep Inn Hocking Hills Logan**

12830 Grey St
Logan, OH 43138-9638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| **3.391** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$2,558.12** |
| | Sleep Inn Mainstay Suites | ☐ Contingent |
| | | ☐ Unliquidated |
| | 5965 Brookhill Blvd | ☐ Disputed |
| | Sarasota, FL 34232-6302 | |
| | Date(s) debt was incurred __ | Basis for the claim: __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.392** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$5,235.50** |
| | Slusarski Excavating & Paving Inc. | ☐ Contingent |
| | | ☐ Unliquidated |
| | 119 Greenly St | ☐ Disputed |
| | Adrian, MI 49221-2013 | |
| | Date(s) debt was incurred __ | Basis for the claim: __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.393** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$2,134.20** |
| | Smith's Septic Tank Service | ☐ Contingent |
| | | ☐ Unliquidated |
| | PO Box 838 | ☐ Disputed |
| | Bell, FL 32619-0838 | |
| | Date(s) debt was incurred __ | Basis for the claim: __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.394** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$16,735.00** |
| | SMP Painting Contactors | ☐ Contingent |
| | | ☐ Unliquidated |
| | 1406 Commerce Pl | ☐ Disputed |
| | Myrtle Beach, SC 29577-6550 | |
| | Date(s) debt was incurred __ | Basis for the claim: __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.395** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$2,779.32** |
| | Snap-On Tools | ☐ Contingent |
| | | ☐ Unliquidated |
| | 10755 State Route 39 | ☐ Disputed |
| | Millersburg, OH 44654-9773 | |
| | Date(s) debt was incurred __ | Basis for the claim: __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.396** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$494.80** |
| | Snyder Brick & Block | ☐ Contingent |
| | | ☐ Unliquidated |
| | PO Box 688 | ☐ Disputed |
| | Dayton, OH 45409-0688 | |
| | Date(s) debt was incurred __ | Basis for the claim: __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.397** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$3,201.50** |
| | Snyder's Excavation LLC | ☐ Contingent |
| | | ☐ Unliquidated |
| | 4312 Vilas Hope Rd | ☐ Disputed |
| | Cottage Grove, WI 53527-9556 | |
| | Date(s) debt was incurred __ | Basis for the claim: __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $892.52 |
|---|---|---|---|

**Southeastern Laundry Equipment Sales**

**1105 Shana Ct NE Ste 1**
**Marietta, GA 30066-2777**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,000.00 |
|---|---|---|---|

**Southern Cross Fire Protection**

**41014 Clay Gully Rd**
**Myakka City, FL 34251-8931**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,120.00 |
|---|---|---|---|

**Spring Construction**

**PO Box 3633**
**Bluffton, SC 29910-3633**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,981.61 |
|---|---|---|---|

**Springhill Suites by Marriott**

**610 Eden Park Dr**
**Cincinnati, OH 45202-6031**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**SRB Capital LLC**

**8868 Columbus Rd**
**Mount Vernon, OH 43050-4404**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Complaint filed in Holmes County Common Pleas, 23CV003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,445.69 |
|---|---|---|---|

**SRM Concrete**

**10000 Hollingshead Cir**
**Murfreesboro, TN 37127**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**SSB Community Bank**

**PO Box 107**
**Strasburg, OH 44680-0107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**SSB Community Bank**

PO Box 107
Strasburg, OH 44680-0107

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$290,753.00** |
|---|---|---|---|

**SSB Community Bank**

PO Box 107
Strasburg, OH 44680-0107

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,437.93** |
|---|---|---|---|

**SSB Community Bank**

PO Box 107
Strasburg, OH 44680-0107

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,781.10** |
|---|---|---|---|

**Stanley Access Technologies**

7652 Sawmill Rd Ste 281
Dublin, OH 43016-9296

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,944.80** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  1/14/23

Last 4 digits of account number  1320

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tuscarawas County- CAT Tax Lien 2023 TJ 01 0175

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,219.36** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  01/13/2023

Last 4 digits of account number  4035

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tuscarawas County- CAT Tax Lien 2023 TJ 01 0113

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,809.34** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  01/03/2023

Last 4 digits of account number  0361

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tuscarawas County- Sales Tax Lien 2023 TJ 01 0024

Is the claim subject to offset? ■ No  ☐ Yes

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,809.34** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  **12/02/2022**

Basis for the claim:  **Tuscarawas County- Sales Tax Lien 2022 TJ 12 1907**

Last 4 digits of account number  **9680**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,812.19** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  **11/14/22**

Basis for the claim:  **Tuscarawas County- Sales Tax Lien 2022 TJ 11 1786**

Last 4 digits of account number  **5289**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$182,727.04** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  **11/04/2022**

Basis for the claim:  **Tuscarawas County- CAT Tax Lien 2022 TJ 11 1717**

Last 4 digits of account number  **8176**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,814.10** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  **10/17/2022**

Basis for the claim:  **Tuscarawas County- Sales Tax Lien 2022 TJ 10 1600**

Last 4 digits of account number  **5484**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,814.73** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  **09/16/2022**

Basis for the claim:  **Tuscarawas County- Sales Tax Lien 2022 TJ 09 1478**

Last 4 digits of account number  **1649**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,812.68** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  **08/17/2022**

Basis for the claim:  **Tuscarawas County- Sales Tax Lien 2022 TJ 08 1243**

Last 4 digits of account number  **7950**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,186.12** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  **07/15/2022**

Basis for the claim:  **Tuscarawas County- CAT Tax Lien 2022 TJ 07 1096**

Last 4 digits of account number  **8188**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **WB Services Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,570.64** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn: Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  07/08/2022

Basis for the claim:  Tuscarawas County- Sales Tax Lien 2022 TJ 07 1055

Last 4 digits of account number  8867

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,612.25** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn: Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  06/27/2022

Basis for the claim:  Tuscarawas County- Sales Tax Lien 2022 TJ 06 0991

Last 4 digits of account number  3216

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,570.74** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn: Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  06/10/2022

Basis for the claim:  Tuscarawas County- Sales Tax Lien 2022 TJ 06 0920

Last 4 digits of account number  4259

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,571.70** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn: Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  05/13/2022

Basis for the claim:  Tuscarawas County- Sales Tax Lien 2022 TJ 05 0819

Last 4 digits of account number  8243

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,570.72** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn: Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  04/08/2022

Basis for the claim:  Tuscarawas County- Sales Tax Lien 2022 TJ 04 0636

Last 4 digits of account number  2548

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,581.53** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn: Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  03/04/2022

Basis for the claim:  Tuscarawas County- Sales Tax Lien 2022 TJ 03 0417

Last 4 digits of account number  6740

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,568.49** |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 530 Attn: Bankruptcy Division
Columbus, OH 43216

Date(s) debt was incurred  02/25/2022

Basis for the claim:  Tuscarawas County- Sales Tax Lien 2022 TJ 02 0385

Last 4 digits of account number  2092

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WB Services Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|
| | **State Of Ohio Dept Of Taxation** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 530 Attn: Bankruptcy Division** | ☐ Disputed | |
| | **Columbus, OH 43216** | | |
| | Date(s) debt was incurred **02/19/2021** | Basis for the claim: **Holmes County- Tax Lien 21STL0103** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|
| | **State Of Ohio Dept Of Taxation** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 530 Attn: Bankruptcy Division** | ☐ Disputed | |
| | **Columbus, OH 43216** | | |
| | Date(s) debt was incurred **12/27/2019** | Basis for the claim: **Holmes County- Tax Lien 19STL0427** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|
| | **State Of Ohio Dept Of Taxation** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 530 Attn: Bankruptcy Division** | ☐ Disputed | |
| | **Columbus, OH 43216** | | |
| | Date(s) debt was incurred **04/30/2021** | Basis for the claim: **Holmes County- Tax Lien 21STL0243** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|
| | **State Of Ohio Dept Of Taxation** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 530 Attn: Bankruptcy Division** | ☐ Disputed | |
| | **Columbus, OH 43216** | | |
| | Date(s) debt was incurred **08/20/2021** | Basis for the claim: **Holmes County- Tax Lien 21STL0370** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|
| | **State Of Ohio Dept Of Taxation** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 530 Attn: Bankruptcy Division** | ☐ Disputed | |
| | **Columbus, OH 43216** | | |
| | Date(s) debt was incurred **08/30/2021** | Basis for the claim: **Holmes County- Tax Lien 21STL0394** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|
| | **State Of Ohio Dept Of Taxation** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 530 Attn: Bankruptcy Division** | ☐ Disputed | |
| | **Columbus, OH 43216** | | |
| | Date(s) debt was incurred **09/10/2021** | Basis for the claim: **Holmes County- Tax Lien 21STL0435** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|
| | **State Of Ohio Dept Of Taxation** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 530 Attn: Bankruptcy Division** | ☐ Disputed | |
| | **Columbus, OH 43216** | | |
| | Date(s) debt was incurred **10/12/2021** | Basis for the claim: **Holmes County- Tax Lien 21STL0499** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Name

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216**

Date(s) debt was incurred  11/19/2021

Basis for the claim:  Holmes County- Tax Lien 21STL0579

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216**

Date(s) debt was incurred  11/29/2021

Basis for the claim:  Holmes County- Tax Lien 21STL0599

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216**

Date(s) debt was incurred  12/03/2021

Basis for the claim:  Holmes County- Tax Lien 21STL0613

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216**

Date(s) debt was incurred  _

Basis for the claim:  Holmes County- Tax Lien 21STL0634

Last 4 digits of account number  2021

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216**

Date(s) debt was incurred  02/11/2022

Basis for the claim:  Holmes County- Tax Lien 22STL0076

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 530 Attn:  Bankruptcy Division
Columbus, OH 43216**

Date(s) debt was incurred  02/18/2022

Basis for the claim:  Holmes County- Tax Lien 22STL0105

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,100.00 |
|---|---|---|---|

**State Road Construction**

☐ Contingent
☐ Unliquidated
☐ Disputed

**6578 State Route 537
West Farmington, OH 44491**

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Stevens Disposal & Recycling Service**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 500
Temperance, MI 48182-0500

**Basis for the claim:** ___

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,802.91** |
|---|---|---|---|

**Stocker Concrete**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 176
Gnadenhutten, OH 44629-0176

**Basis for the claim:** ___

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,203.41** |
|---|---|---|---|

**Stoll Bros. Lumber Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 367
Odon, IN 47562-0367

**Basis for the claim:** ___

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$886.76** |
|---|---|---|---|

**Stoney Point Hardware**

☐ Contingent
☐ Unliquidated
☐ Disputed

4455 County Road 229
Fredericksburg, OH 44627-9426

**Basis for the claim:** ___

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,700.00** |
|---|---|---|---|

**Stratus Building Solutions**

☐ Contingent
☐ Unliquidated
☐ Disputed

115 Whitsett St
Greenville, SC 29601-3138

**Basis for the claim:** ___

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00** |
|---|---|---|---|

**Suburban Drywall Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

195 Enterprise Dr
Lake Mills, WI 53551-1763

**Basis for the claim:** ___

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$965.00** |
|---|---|---|---|

**Summit Benefit Solutions Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

630 Lexington Ave
Mansfield, OH 44907-1500

**Basis for the claim:** ___

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$116,779.66** |
|---|---|---|---|

**Sunbelt Rentals Inc.**

PO Box 409211
Atlanta, GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|---|---|---|---|

**Sunbelt Rentals Inc.**

PO Box 409211
Atlanta, GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Holmes County- Judgment Lien 21 CJ 0088**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$419.27** |
|---|---|---|---|

**Sunshine Metal Supply Inc.**

719 Cattlemen Rd
Sarasota, FL 34232-2852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,747.06** |
|---|---|---|---|

**Sunstate Equipment Co.**

PO Box 208439
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,413.80** |
|---|---|---|---|

**Superior Services**

36 Persminnon St Ste 202
Bluffton, SC 29909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,431.04** |
|---|---|---|---|

**Suwannee Glass Inc.**

9036 101st Ct
Live Oak, FL 32060-7684

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,284.00** |
|---|---|---|---|

**T & E Hydro Seeding & Excavating**

5040 Township Road 405
Millersburg, OH 44654-8891

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,484.00 |
|-------|---|---|---|
| | **Tax Matters Inc.** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **PO Box 165**<br>**Sugarcreek, OH 44681-0165** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,536.37 |
|-------|---|---|---|
| | **Terracon Consultants Inc.** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **PO Box 959673**<br>**Saint Louis, MO 63195-9673** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,920.00 |
|-------|---|---|---|
| | **Terry Griffith** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **146 Garland Cir**<br>**Easley, SC 29642-8910** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,012.60 |
|-------|---|---|---|
| | **Teto's Concrete LLC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **1106 Williams Rd**<br>**Plant City, FL 33565-2452** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,449.88 |
|-------|---|---|---|
| | **The Carter-Jones Lumber Co.** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **601 Tallmadge Rd**<br>**Kent, OH 44240-7331** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Complaint filed in Portage County Common Pleas, 2023 CV00066** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,934.43 |
|-------|---|---|---|
| | **The Cincinnati Air Conditioning Co.** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **2080 Northwest Dr**<br>**Cincinnati, OH 45231-1700** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,154.30 |
|-------|---|---|---|
| | **The Cleveland Clinic** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **PO Box 89410**<br>**Cleveland, OH 44101** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Employee Medical Expenses** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **WB Services Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|
| | **The Coblentz Group LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 158** | ☐ Disputed | |
| | **Berlin, OH 44610-0158** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$216,833.07** |
|---|---|---|---|
| | **The Commercial & Savings Bank** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **91 N Clay St** | ☐ Disputed | |
| | **Millersburg, OH 44654-1117** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,884.35** |
|---|---|---|---|
| | **The Eifes & Stucco LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1039 N Beneva Rd** | ☐ Disputed | |
| | **Sarasota, FL 34232-1332** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|---|---|---|---|
| | **The Farmers Savings Bank** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **111 W Main St** | ☐ Disputed | |
| | **Spencer, OH 44275-9565** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67,600.00** |
|---|---|---|---|
| | **The Glassman** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **2930 S Orange Blossom Trl** | ☐ Disputed | |
| | **Orlando, FL 32805-6374** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,563.40** |
|---|---|---|---|
| | **The Masonry by Allstate** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **2715 Bardstown Rd Ste 211** | ☐ Disputed | |
| | **Louisville, KY 40205-2650** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|
| | **The Matrix Companies** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **644 Linn St Ste 900** | ☐ Disputed | |
| | **Cincinnati, OH 45203-1738** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,550.00** |
|---|---|---|---|

**The Reaves Firm Inc.**

6800 Poplar Ave Ste 101
Memphis, TN 38138-7448

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,885.21** |
|---|---|---|---|

**The Reserve at Williams Glen**

2201 Williams Glen Blvd
Zionsville, IN 46077-1185

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,735.61** |
|---|---|---|---|

**The Waterworks**

550 Schrock Rd
Columbus, OH 43229-1062

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,832.61** |
|---|---|---|---|

**The Wells Group LLC**

611 W Main St
West Liberty, KY 41472-2005

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Thomas Brothers Nursery & Landscaping Co**

5104 Old Augusta Rd
Greenville, SC 29605-1519

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$241.44** |
|---|---|---|---|

**Toi Toi USA**

PO Box 11407
Birmingham, AL 35246-0100

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.28** |
|---|---|---|---|

**Tolls by Mail Payment Processing Center**

PO Box 15183
Albany, NY 12212-5183

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,607.69 |
|---|---|---|---|

**Towpath Ready Mix**

PO Box 207
Beaver, OH 45613-0207

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.59 |
|---|---|---|---|

**TPG Sports Performance Center**

1 Robinson Plz Ste 230
Pittsburgh, PA 15205-1021

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Employee Medical Expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,746.11 |
|---|---|---|---|

**Trademark Distribution Sales**

5377 County Road 626
Millersburg, OH 44654-8842

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**Traffic Detectors & Signs Inc.**

7521 Forest Hill Ave
Youngstown, OH 44514-2635

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.50 |
|---|---|---|---|

**Trail Battery & Solar**

5977 State Route 515
Millersburg, OH 44654-9111

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.09 |
|---|---|---|---|

**Transworld Systems Inc.**

1105 Schrock Rd Ste 300
Columbus, OH 43229-1174

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,987.70 |
|---|---|---|---|

**Traveler's Alliance Group**

PO Box 7064
San Francisco, CA 94120-7064

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,323.50 |

**Traveler's Insurance**

PO Box 660317
Dallas, TX 75266-0317

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,292.30 |

**Tri State Concrete Pumping Inc.**

4813 Oxford State Rd
Middletown, OH 45044-8922

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,986.49 |

**Trinity Drywall & Painting LLC**

1080 Bassett Rd Ste A
Westlake, OH 44145-1109

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,361.70 |

**Troy Ridge Manufacturing**

3998 County Road 168
Millersburg, OH 44654-7000

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.76 |

**Tuscarawas County Health District**

897 E Iron Ave
Dover, OH 44622-2030

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Employee Medical Expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,005.90 |

**Twin K Trucking**

5166 Leighly Hill Rd NW
Sugarcreek, OH 44681

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $343,415.43 |

**Ulmer & Berne, LLP**
**Skylight Office Tower**
**1660 W 2nd St Ste 1100**
**Cleveland, OH 44113-1406**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129,646.22** |
|---|---|---|---|

**United Rentals**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 100711
Atlanta, GA 30384-0711

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,066.51** |
|---|---|---|---|

**Universal Engineering Sciences Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 628734
Orlando, FL 32862

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,750.00** |
|---|---|---|---|

**Unlimited Concrete**

☐ Contingent
☐ Unliquidated
☐ Disputed

2795 Weigand Rd
Lockbourne, OH 43137-9638

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$952.92** |
|---|---|---|---|

**UPS**

☐ Contingent
☐ Unliquidated
☐ Disputed

28013 Network Pl
Chicago, IL 60673-1280

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Valesco Manufacturing Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

7857 N 1100 E
Loogootee, IN 47553-5628

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.03** |
|---|---|---|---|

**Valley Health System**

☐ Contingent
☐ Unliquidated
☐ Disputed

1301 Hal Greer Blvd
Huntington, WV 25701-3803

Date(s) debt was incurred __

**Basis for the claim:** _Employee Medical Expenses_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,851.76** |
|---|---|---|---|

**Van Lann Construction Supply**

☐ Contingent
☐ Unliquidated
☐ Disputed

3240 68th St SE
Caledonia, MI 49316-7654

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,364.89 |
|---|---|---|---|

**Vector Engineers Inc.**

PO Box 478
Columbus, OH 43085-0478

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $623.50 |
|---|---|---|---|

**Veraluxe**

6661 State Route 515
Dundee, OH 44624-9254

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,875.07 |
|---|---|---|---|

**Verizon**

PO Box 25505
Lehigh Valley, PA 18002-5505

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,293.00 |
|---|---|---|---|

**Virgil L. Herchberger**

1523 Union Church Rd
Pleasureville, KY 40057-8620

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,100.00 |
|---|---|---|---|

**VK Custom Kitchens**

72 S Main St
Inman, SC 29349-1673

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,942.99 |
|---|---|---|---|

**Walnut Creek Glass**

2680 Township Road 421
Sugarcreek, OH 44681-8403

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $936.32 |
|---|---|---|---|

**Waste Management of Ohio Inc.**

PO Box 4648
Carol Stream, IL 60197-4648

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,165.50 |

**Waste Pro of Florida**

**8470 NW 168th Ln**
**Fanning Springs, FL 32693-7509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,138.90 |

**Water Works Greater Cincinnati**

**4747 Spring Grove Ave**
**Cincinnati, OH 45232-1921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,666.66 |

**WCH Transport LLC**

**6214 E 750 N**
**Odon, IN 47562-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,260.58 |

**Webstaurant Store**

**40 Citation Ln**
**Lititz, PA 17543-7604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,675.00 |

**Weiler Roofing Inc.**

**719 Cattlemen Rd**
**Sarasota, FL 34232-2852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,878.52 |

**West Side Tractor Sales**

**PO Box 87618**
**Chicago, IL 60680-0618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.00 |

**West Virginia Parkways Authority**

**PO Box 1469**
**Charleston, WV 25325-1469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **West Water Supply** | $157,329.96 |

3.510

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$157,329.96**

**West Water Supply**
☐ Contingent
☐ Unliquidated
**1007 Lee St**                                            ☐ Disputed
**Zanesville, OH 43701-3328**

Date(s) debt was incurred __                               **Basis for the claim:** __

Last 4 digits of account number __                         Is the claim subject to offset? ■ No ☐ Yes

---

3.511

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$9,324.81**

**Western Reserve Group**
☐ Contingent
☐ Unliquidated
**PO Box 740754**                                          ☐ Disputed
**Cincinnati, OH 45274-0754**

Date(s) debt was incurred __                               **Basis for the claim:** __

Last 4 digits of account number __                         Is the claim subject to offset? ■ No ☐ Yes

---

3.512

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$170.80**

**Whispering Pines Construction LLC**
☐ Contingent
☐ Unliquidated
**18988 Jones Ln**                                         ☐ Disputed
**Richland Center, WI 53581-5890**

Date(s) debt was incurred __                               **Basis for the claim:** __

Last 4 digits of account number __                         Is the claim subject to offset? ■ No ☐ Yes

---

3.513

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$67,092.95**

**Whitaker Heating & Cooling**
☐ Contingent
☐ Unliquidated
**64 Oak Dale Cir**                                        ☐ Disputed
**Baxley, GA 31513**

Date(s) debt was incurred __                               **Basis for the claim:** __

Last 4 digits of account number __                         Is the claim subject to offset? ■ No ☐ Yes

---

3.514

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$1,000.00**

**WHL&P**
☐ Contingent
☐ Unliquidated
**2871 US Route 62**                                       ☐ Disputed
**Dundee, OH 44624-9236**

Date(s) debt was incurred __                               **Basis for the claim:** __

Last 4 digits of account number __                         Is the claim subject to offset? ■ No ☐ Yes

---

3.515

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$1,380.40**

**Wilks Site Prep Inc.**
☐ Contingent
☐ Unliquidated
**8849 SW 15th Ct**                                        ☐ Disputed
**Trenton, FL 32693-5690**

Date(s) debt was incurred __                               **Basis for the claim:** __

Last 4 digits of account number __                         Is the claim subject to offset? ■ No ☐ Yes

---

3.516

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$50,991.50**

**William D. McCullough**
☐ Contingent
☐ Unliquidated
**100 Santa Clara St NW**                                  ☐ Disputed
**Canton, OH 44709-1451**

Date(s) debt was incurred __                               **Basis for the claim:** __

Last 4 digits of account number __                         Is the claim subject to offset? ■ No ☐ Yes

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,927.53 |
|---|---|---|---|

**Williams Brothers Corp of America**

1330 Progress Dr
Front Royal, VA 22630-6425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,319.59 |
|---|---|---|---|

**Williams Scotsman Inc.**

PO Box 91975
Chicago, IL 60693-1975

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.30 |
|---|---|---|---|

**Winesburg Area Development Corp.**

PO Box 143
Winesburg, OH 44690-0143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,174.40 |
|---|---|---|---|

**Winesburg Hardwood Lumber Co.**

2871 US Route 62
Dundee, OH 44624-9236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $516.23 |
|---|---|---|---|

**Winyah Building Supply**

2136 N Fraser St
Georgetown, SC 29440-6402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.06 |
|---|---|---|---|

**Wisconsin Power and Light Company**

1521 Progress Ln
Stoughton, WI 53589-5304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.70 |
|---|---|---|---|

**Wooster Community Hospital**

1761 Beall Ave
Wooster, OH 44691-2342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Employee Medical Expenses__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,000.00 |
|---|---|---|---|

**WS Design LLC**

145 Park St
Orwell, OH 44076-9562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,885.00 |
|---|---|---|---|

**Xtreme Drywall Services**

21 S 10th Ave
Arcadia, FL 34266-9498

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,250.00 |
|---|---|---|---|

**Yandell Construction Services**

409 Walker Rd Ste A
Jackson, TN 38305-7417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,232.18 |
|---|---|---|---|

**Yoder Sharpening Ltd.**

14280 Durstine Rd
Dundee, OH 44624-9446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $812.50 |
|---|---|---|---|

**Zeigler Flooring & Reno LLC**

4890 Rostalk Rd
Galion, OH 44833-9777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $834.51 |
|---|---|---|---|

**Ziegler Bolt & Nut House**

2120 State Route 39 NW
Dover, OH 44622-7419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,391.25 |
|---|---|---|---|

**Zimmerman Plumbing**

303 E Albert St
Portage, WI 53901-1363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Andrew M. Hanna, Esq.<br>Frantz Ward LLP<br>200 Public Sq Ste 3000<br>Cleveland, OH 44114-2381 | Line **3.186**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Barkan and Robon<br>1701 Woodlands Dr<br>Maumee, OH 43537-4040 | Line **3.259**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Barkan and Robon<br>1701 Woodlands Dr<br>Maumee, OH 43537-4040 | Line **3.260**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Daniel R. Volkema, Esq.<br>300 E Broad St<br>Columbus, OH 43215-3747 | Line **3.232**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | John G. Farnan, Esq.<br>Weston Hurd LLP<br>1300 E 9th St Ste 1400<br>Cleveland, OH 44114-1573 | Line **3.263**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Kyle T. Anderson, Esq.<br>1160 Dublin Rd Ste 400<br>Columbus, OH 43215-1052 | Line **3.402**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Richard Law Office<br>127 E Liberty St Ste 100<br>Wooster, OH 44691-4399 | Line **3.83**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Todd A. Harpst, Esq.<br>Nicolas J. Horrigan, Esq.<br>1559 Corporate Woods Pkwy Ste 250<br>Uniontown, OH 44685-7822 | Line **3.458**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | White Law Office Co.<br>Attn: Matthew A. Kearney, Esq.<br>5989 County Road 77<br>Millersburg, OH 44654-9038 | Line **3.186**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 196,552.36 |
| 5b. Total claims from Part 2 | 5b. + | $ | 14,210,267.13 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 14,406,819.49 |

Debtor name **WB Services Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO, CANTON DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Postage Machine** | |
|---|---|---|---|
| | State the term remaining | **Expires 4/18/2024** | |
| | List the contract number of any government contract | _____ | **Pitney Bowes Financial Services LLC**<br>**27 Waterview Dr**<br>**Shelton, CT 06484-4301** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2425 Township Road 414, Dundee OH** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **SOAP Properties**<br>**7410 Ratchford Ct**<br>**New Albany, OH 43054-8970** |

Debtor name **WB Services Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO, CANTON DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **5963 Cattleman Road LLC** | **6834 County Road 672 Millersburg, OH 44654-8349** | **US Speciality Insurance Company** | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Creekside Holdings LLC** | **5120 Leighly Hill Rd Sugarcreek, OH 44681** | **US Speciality Insurance Company** | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Diamond Jubilee Pelham LLC** | **c/o Carter R. Massingill, Esq. 55 Beattie Pl Ste 1200 Greenville, SC 29601-2170** | **Sunbelt Rentals Inc.** | ☐ D ____<br>■ E/F __3.448__<br>☐ G ____ |
| 2.4 | **Erin McCaffrey Crespo** | **783 Vernon Rd Columbus, OH 43209-2464** | **Jerry W. Hershberger, et al.** | ☐ D ____<br>■ E/F __3.232__<br>☐ G ____ |
| 2.5 | **Green County Holdings LLC** | **6834 County Road 672 Ste 102 Millersburg, OH 44654-8349** | **US Speciality Insurance Company** | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.6 | **Innsbruck Holdings LLC** | **138 E Jackson St Millersburg, OH 44654-1235** | **US Speciality Insurance Company** | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |

23-60425-maw    Doc 1    FILED 04/12/23    ENTERED 04/12/23 15:43:19    Page 118 of 223

| Debtor | **WB Services Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.7 | **Kemah Hospitality LLC** | **c/o Erin McCaffrey Crespo, Agent**<br>**783 Vernon Rd**<br>**Columbus, OH 43209-2464** | **Jerry W. Hershberger, et al.** | ☐ D _____<br>■ E/F _**3.232**_<br>☐ G _____ |
| 2.8 | **Lieben Group LP** | **6834 County Road 672**<br>**Millersburg, OH 44654-8349** | **Jerry W. Hershberger, et al.** | ☐ D _____<br>■ E/F _**3.232**_<br>☐ G _____ |
| 2.9 | **Lieben Holdings LLC** | **6834 County Road 672**<br>**Millersburg, OH 44654-8349** | **Jerry W. Hershberger, et al.** | ☐ D _____<br>■ E/F _**3.232**_<br>☐ G _____ |
| 2.10 | **Lieben Marysville LP** | **6834 County Road 672**<br>**Millersburg, OH 44654-8349** | **Jerry W. Hershberger, et al.** | ☐ D _____<br>■ E/F _**3.232**_<br>☐ G _____ |
| 2.11 | **Lieben Wooster LP** | **6834 County Road 672**<br>**Millersburg, OH 44654-8349** | **Jerry W. Hershberger, et al.** | ☐ D _____<br>■ E/F _**3.232**_<br>☐ G _____ |
| 2.12 | **Mary Schlabach** | **5120 Leihley Hill Rd NW**<br>**Sugarcreek, OH 44681-7777** | **Great American Insurance Company** | ☐ D _____<br>■ E/F _**3.186**_<br>☐ G _____ |
| 2.13 | **Mary Schlabach** | **5120 Leihley Hill Rd NW**<br>**Sugarcreek, OH 44681-7777** | **US Speciality Insurance Company** | ■ D _**2.14**_<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | **Nivea Hospitality LLC** | **6860 County Road 672**<br>**Millersburg, OH 44654-8349** | **US Speciality Insurance Company** | ■ D _**2.14**_<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Patrick McCaffrey** | **251 Daniel Burnham Sq Apt 303**<br>**Columbus, OH 43215-2683** | **Jerry W. Hershberger, et al.** | ☐ D _____<br>■ E/F _**3.232**_<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.16 **Peter M. McCaffrey** | **238 Lansing St**<br>**Columbus, OH 43206-2659** | **Jerry W. Hershberger, et al.** | ☐ D _____<br>■ E/F __3.232__<br>☐ G _____ |
| 2.17 **Progress WC LLC** | **138 E Jackson St**<br>**Millersburg, OH 44654-1235** | **US Speciality Insurance Company** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 **Robert Schlabach** | **5120 Leihley Hill Rd NW**<br>**Sugarcreek, OH 44681-7777** | **CBG Midwest LLC** | ☐ D _____<br>■ E/F __3.83__<br>☐ G _____ |
| 2.19 **Robert Schlabach** | **5120 Leihley Hill Rd NW**<br>**Sugarcreek, OH 44681-7777** | **Corporation Service Company** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 **Robert Schlabach** | **5120 Leihley Hill Rd NW**<br>**Sugarcreek, OH 44681-7777** | **Great American Insurance Company** | ☐ D _____<br>■ E/F __3.186__<br>☐ G _____ |
| 2.21 **Robert Schlabach** | **5120 Leihley Hill Rd NW**<br>**Sugarcreek, OH 44681-7777** | **Jerry W. Hershberger, et al.** | ☐ D _____<br>■ E/F __3.232__<br>☐ G _____ |
| 2.22 **Robert Schlabach** | **5120 Leihley Hill Rd NW**<br>**Sugarcreek, OH 44681-7777** | **Lenawee Hospitality LLC** | ☐ D _____<br>■ E/F __3.259__<br>☐ G _____ |
| 2.23 **Robert Schlabach** | **5120 Leihley Hill Rd NW**<br>**Sugarcreek, OH 44681-7777** | **Lenawee Hospitality LLC** | ☐ D _____<br>■ E/F __3.260__<br>☐ G _____ |
| 2.24 **Robert Schlabach** | **5120 Leihley Hill Rd NW**<br>**Sugarcreek, OH 44681-7777** | **Masada Funding LLC** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **WB Services Inc.** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.25 | **Robert Schlabach** | **5120 Leihley Hill Rd NW Sugarcreek, OH 44681-7777** | **Masada Funding LLC** | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | **Robert Schlabach** | **5120 Leihley Hill Rd NW Sugarcreek, OH 44681-7777** | **OneFunder LLC** | ☐ D ____<br>■ E/F __3.316__<br>☐ G ____ |
| 2.27 | **Robert Schlabach** | **5120 Leihley Hill Rd NW Sugarcreek, OH 44681-7777** | **Saturn Encore Funding** | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.28 | **Robert Schlabach** | **5120 Leihley Hill Rd NW Sugarcreek, OH 44681-7777** | **Sunbelt Rentals Inc.** | ☐ D ____<br>■ E/F __3.448__<br>☐ G ____ |
| 2.29 | **Robert Schlabach** | **5120 Leihley Hill Rd NW Sugarcreek, OH 44681-7777** | **The Carter-Jones Lumber Co.** | ☐ D ____<br>■ E/F __3.458__<br>☐ G ____ |
| 2.30 | **Robert Schlabach** | **5120 Leihley Hill Rd NW Sugarcreek, OH 44681-7777** | **US Speciality Insurance Company** | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.31 | **RTB Holdings of Walnut Creek Ltd.** | **6860 County Road 672 Millersburg, OH 44654** | **US Speciality Insurance Company** | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.32 | **Shale Resources Group LLC** | **c/o Patrick McCaffrey 251 Daniel Burnham Sq Apt 303 Columbus, OH 43215-2683** | **Jerry W. Hershberger, et al.** | ☐ D ____<br>■ E/F __3.232__<br>☐ G ____ |
| 2.33 | **TDR Warehouse LLC** | **6834 County Road 672 Millersburg, OH 44654-8349** | **US Speciality Insurance Company** | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | WB Services Inc. | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.34 **West Ridge Management LLC** | **138 E Jackson St**<br>**Millersburg, OH 44654-1235** | **US Speciality Insurance Company** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.35 **Winesburg Builders Ltd.** | **c/o Naomi R. Miller, Agent**<br>**PO Box 276**<br>**Winesburg, OH 44690-0276** | **Jerry W. Hershberger, et al.** | ☐ D _____<br>■ E/F __3.232__<br>☐ G _____ |
| 2.36 **Winesburg Development LLC** | **6834 County Road 672 Ste 102**<br>**Millersburg, OH 44654-8349** | **US Speciality Insurance Company** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 12, 2023**      X **/s/ Robert Schlabach**
Signature of individual signing on behalf of debtor

**Robert Schlabach**
Printed name

**Owner**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **WB Services Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO, CANTON DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:      Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$430,930.64** |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$13,367,411.20** |
| **For the fiscal year:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$38,269,128.00** |
| **For the fiscal year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$64,150,014.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 2023 CINGroup - www.cincompass.com

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Farmers National Bank** | **See Auction Report attached hereto** | **April 2023** | **$833,181.50** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Various--See Exhibit Attached Hereto** | | **Various** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Anthony J. DeGirolamo, Attorney at Law 3930 Fulton Dr NW Ste 100B Canton, OH 44718-3040** | **Cash** | **April 2023** | **$20,000.00** |
| **Email or website address tony@ajdlaw7-11.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer was<br>made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Wayne Miller** | **2019 Ford F350 with 219,000 miles** | **February 2023** | **$28,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.2. | **Wes Beachy** | **2017 Ford F550- Sales price was lien payoff (unknown amount) plus $30,000** | **November 2022** | **$30,000.00** |
| | **Relationship to debtor**<br>**None** | | | |

---

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Customer names, addresses, telephone numbers, email addresses.**

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

23-60425-maw    Doc 1    FILED 04/12/23    ENTERED 04/12/23 15:43:19    Page 127 of 223

cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **SSB Community Bank**<br>**PO Box 107**<br>**Strasburg, OH 44680-0107** | **XXXX-6150** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed 2/13/2023** | **$0.00** |
| 18.2. | **Consumers National Bank**<br>**PO Box 256**<br>**Minerva, OH 44657-0256** | **XXXX-1075** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed 3/28/2022** | **$0.00** |
| 18.3. | **Citizens Bank**<br>**1 Citizens Plz**<br>**Providence, RI 02903-1344** | **XXXX-931-2** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed March 2023** | **$0.00** |
| 18.4. | **Farmers National Bank**<br>**20 S Broad St**<br>**Canfield, OH 44406-1401** | **XXXX-0148** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed March 2023** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
_Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

_Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

_Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
       ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Banks & Associates CPAs LLC**<br>         **125 N Water St**<br>         **Loudonville, OH 44842-1250** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Banks & Associates CPAs LLC**<br>**PO Box 3686**<br>**Mansfield, OH 44907-0686** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert J. Schlabach | 5120 Leihley Hill Rd NW<br>Sugarcreek, OH 44681-7777 | Owner | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dan Minick | 2904 Saybrooke Blvd<br>Stow, OH 44224-2828 | CFO | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Robert J. Schlabach**<br>**5120 Leihley Hill Rd NW**<br>**Sugarcreek, OH 44681-7777** | **$117,000** | **4/2022-4/2023** | **Regular Compensation** |
| | **Relationship to debtor**<br>**President** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 12, 2023**

**/s/ Robert Schlabach**                              **Robert Schlabach**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**Northern District of Ohio, Canton Division**

IN RE:                                   Case No. _____

**WB Services Inc.**_____ Chapter **7**_____
                                   Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **April 12, 2023**_____ Signature: _**/s/ Robert Schlabach**_____
                                  **Robert Schlabach, Owner**                         Debtor

Date: _____ Signature: _____
                                                    Joint Debtor, if any

Software Copyright (c) 2023 CINGroup - www.cincompass.com

3R Sales and Service
27 4th St NW
Barberton, OH  44203-2503


84 Lumber Company LP
PO Box 365
Eighty Four, PA  15330-0365


Absolute Concrete LLC
3692 Main St
Green Bay, WI  54311-9603


Ace Sign Company
11935 Interstate 30
Little Rock, AR  72209-7052


Acuity Brands Lighting
1170 Peachtree St NE Ste 1200
Atlanta, GA  30309-7673


Aden Kuhns
7925 State Route 279
Oak Hill, OH  45656


Adrian Electric & Generator Co.
PO Box 400
Adrian, MI  49221-0400

Adrian Tecumseh Fence Co.
5606 S Occidental Rd Ste C
Tecumseh, MI  49286-8901


Advanced Auto Parts
1438 S Washington St
Millersburg, OH  44654-9454


Airlite Plastics Co.
6110 Abbott Dr
Omaha, NE  68110-2834


Alamo Damage Recovery Unit
600 Corporate Park Dr
Saint Louis, MO  63105-4204


Alarm Fire & Security
PO Box 7972
Hilton Head Island, SC  29938-7972


Albright Welding Supply Company Inc.
PO Box 35
Wooster, OH  44691-0035


Alexander Painting LLC
12542 Evington Point Dr
Riverview, FL  33579-4048

Alfonso Montes
6691 Hall Rd
Galloway, OH   43119-9544


All Ohio Painting
4860 Township Road 367
Millersburg, OH   44654-8886


All Seasons Building
2260 Montcalm St
Indianapolis, IN   46208-5455


All State Fire Protection & Service LLC
900 Laver Rd
Mansfield, OH   44905-2343


Ally Financial
PO Box 380901
Bloomington, MN   55438-0000


Alpine Heating Ltd.
PO Box 201
Wilmot, OH   44689-0201


Alternative Roofing Solutions Inc.
326 Browns Cove Rd Ste E
Ridgeland, SC   29936-3119

Amazon
440 Terry Ave N
Seattle, WA  98109-5210


American Contractors Indemnity Company
801 S Figueroa St Ste 700
Los Angeles, CA  90017-2523


American Electric Power
PO Box 24418
Canton, OH  44701-4418


American Express
PO Box 1270
Newark, NJ  07101-0000


American Leak Detection
2515 International St
Columbus, OH  43228-4603


American Producers Supply Co.
PO Box 1050
Marietta, OH  45750-6050


Anderson Pool Inc.
120 Meadow Dr
Bluffton, SC  29910-6631

Andrew C. Harper
7897 Newport Rd SE
Uhrichsville, OH  44683-6351


Andrew E. Hershberger
7087 Cutter Rd
Apple Creek, OH  44606-9077


Andrew M. Hanna, Esq.
Frantz Ward LLP
200 Public Sq Ste 3000
Cleveland, OH  44114-2381


Angel Painting
2961 Brantley Dr
Antioch, TN  37013-5204


Anthem Blue Cross Blue Shield
PO Box 4445
Atlanta, GA  30302-4445


Anytime Outhouse
5503 N 550 W
Thorntown, IN  46071


Applied Finishes USA LLC
PO Box 487
Hurricane, WV  25526-0487

Aqua Scape Pools & Spas Inc.
1368 W Cary Dr
Dunnellon, FL  34434-7724


AR Trade Solutions LLC
41014 Clay Gully Rd
Myakka City, FL  34251-8931


Ardurra
324 Nicholas Pkwy W Ste A
Cape Coral, FL  33991-2559


Arkansas Lighting
1701 S 28th St
Van Buren, AR  72956-6268


Armor Exteriors
17931 Kings Point Dr Apt L
Cornelius, NC  28031-0048


Arrowhead Manufacturing LLC
7911 County Road 201
Fredericksburg, OH  44627-9627


Ascentium Capital
PO Box 301593
Dallas, TX  75303-1593

Aspired X
16614 Jerhico Rd
Dalton, OH  44618


ASSA ABLOY Global Solutions
631 International Pkwy Ste 100
Richardson, TX  75081-6623


Atlee J. Keim
6910 State Route 515
Dundee, OH  44624-9645


Automatic Entrances of Wisconsin Inc.
1712 Paramount Ct
Waukesha, WI  53186-3967


Aveanna Healthcare
400 Interstate North Pkwy SE Ste 1600
Atlanta, GA  30339-5047


Badgerland Disposal
265 N Janesville St
Milton, WI  53563-1306


Banks & Associates CPAs LLC
PO Box 3686
Mansfield, OH  44907-0686

Barkan and Robon
1701 Woodlands Dr
Maumee, OH  43537-4040


Barrier South
390 Parris Island Gtwy
Beaufort, SC  29906-5138


Bauman & Sons Oil Inc.
9285 Norwalk Rd
Litchfield, OH  44253-9134


Becker Electric
288 E Mills St
Columbus, NC  28722-8745


Belmont Savings Bank
3301 Guernsey St
Bellaire, OH  43906-1527


Best Capital Leasin
351 Fair Ave NW
New Philadelphia, OH  44663-1907


Bird & Bull Engineers & Surveyors
3500 Snouffer Rd Ste 225
Columbus, OH  43235-2857

Blackbird Commerical Roofing LLC
3236 State Route 93
Sugarcreek, OH  44681-9656


Blanchard CAT
3151 Charleston Hwy
West Columbia, SC  29172-2723


Blushift Wireless
5555 County Road 203 Ste B1
Millersburg, OH  44654-8242


BluSite Solutions of Savannah
PO Box 11407
Birmingham, AL  35246-0100


Bosley Rental and Supply Inc.
1 Bosley Ave
Parkersburg, WV  26101-7110


Botzum Brothers Hardware
520 N Arlington St
Akron, OH  44305-1638


Braxton Garza
416 E Butler St
Adrian, MI  49221-2210

Brian Kraft
2880 Sharonwood Ave NW
Canton, OH   44708-1638


Bridgeport Equipment & Tool
500 Hall St
Bridgeport, OH   43912-1324


Brinkley Technology Group
2770 Erie St S
Massillon, OH   44646-7943


Browning Contractors Inc.
PO Box 382003
Germantown, TN   38183-2003


Bruce Brotherton
229 Center St
Huron, OH   44839-1604


Buckeye Concrete Pumping Inc.
4813 Oxford State Rd
Middletown, OH   45044-8922


Buckeye Counters
6917 S Kohler Rd
Apple Creek, OH   44606-9733

Buckeye Furniture
10034 County Road 1
Shreve, OH  44676-9612


Buckeye Masonry & Construction LLC
3731 US Route 62
Dundee, OH  44624-9202


Caine & Weiner
2000 Warrington Way
Louisville, KY  40222-6467


Call One
PO Box 9002
Cape Canaveral, FL  32920-9002


Candlewood Suites
9740 Commerce Center Ct
Fort Myers, FL  33908-3624


Canon Solutions America Inc.
12379 Collection Center Dr
Chicago, IL  60693-0123


Capital City Group
PO Box 2214
Decatur, AL  35609-2214

Capital City Group Inc.
2299 Performance Way
Columbus, OH  43207-2858


Capital Materials Coastal
PO Box 2847
Savannah, GA  31402-2847


Cardinal Concrete
564 Peniel Rd
Patriot, OH  45658-9010


Carefirst Urgent Care
9549 Montgomery Rd
Cincinnati, OH  45242-7238


Carlton Lodge
1629 W Maumee St
Adrian, MI  49221-1239


Carolina Chutes and Equipment
69 Roberts Smalls Pkwy Ste 1-B
Beaufort, SC  29901


Carotti Engineering
9124 58th Dr E
Lakewood Ranch, FL  34202-9187

Carpenter Drywall
8154 Obannon Rd
Nashport, OH  43830-9399


Carrillo Concrete Constructions Services
3912 Creek Woods Dr
Plant City, FL  33563-4086


Carter Lumber
6139 State Route 39
Millersburg, OH  44654-8845


Cattlemen Properties LLC
850 Shilo Rd
Sarasota, FL  34240-9705


CBG Midwest LLC
520 N Arlington St
Akron, OH  44305-1638


Central Florida Expressway Authority
PO Box 585070
Orlando, FL  32858-5070


Central Kentucky Sprinkler
243 Industrial Pkwy
Nicholasville, KY  40340

Centrus LLC
4924 Stanbury Cir NW
Massillon, OH  44646-9579


Charles Swartzentruber
4019 Iola Dr
Sarasota, FL  34231-8622


Chelsea Schlabach
5120 Leihley Hill Rd NW
Sugarcreek, OH  44681-7777


Childrens Hospital Med Center of Akron
1 Perkins Sq
Akron, OH  44308-1063


Chuck Nicholson
7190 State Route 39
Millersburg, OH  44654-9204


Cigna
900 Cottage Grove Rd
Bloomfield, CT  06002-2920


Cintas Corp.
PO Box 630910
Cincinnati, OH  45263-0910

Citizens Gas & Fuel Company
PO Box 40
Adrian, MI  49221-0040


Citrix
851 W Cypress Creek Rd
Fort Lauderdale, FL  33309-2009


City Electric Supply Company
PO Box 609521
Orlando, FL  32860-9521


City of Buffalo
65 Niagara Sq Rm 301
Buffalo, NY  14202-3303


City Of Canton Income Tax Dept
PO Box 9940
Canton, OH  44711-0940


City of Charleston
915 Quarrier St Ste 4
Charleston, WV  25301-2622


City of Fanning Springs
17651 NW 90th Ct
Fanning Springs, FL  32693-9212

City Of Massillon- Income Tax
PO Box 910
Massillon, OH  44648-0000


Clary's Sitework & Development Inc.
4661A Hancock Bridge Pkwy
North Fort Myers, FL  33903


Clearview Excavating
901 Heinsville Rd
Shelbyville, KY  40065-9673


Coastal Employment
1536 Fording Island Rd Ste 108
Hilton Head Island, SC  29926-1144


Coastal Waste & Recycling Inc.
PO Box 25756
Miami, FL  33102-5756


Collin B. Willey
112 11th St NE
Massillon, OH  44646-8442


Collins Hammett Construction
138 Johns Rd Bldg A
Greer, SC  29650-4713

Colorado Attorney General
1300 Broadway Fl 10
Denver, CO  80012


Colorado Dept of Human Services
1575 N Sherman St
Denver, CO  80203-1702


Colorado Dept of Labor and Employment
633 17th St Ste 201
Denver, CO  80202-3624


Colorado Dept of Revenue
PO Box 17087
Denver, CO  80217-0087


Columbia Gas of Ohio
PO Box 4629
Carol Stream, IL  60197-4629


Columbus Zoo & Aquarium
9990 Riverside Dr
Powell, OH  43065-9606


Comcast Business
141 NW 16th St
Pompano Beach, FL  33060-5250

Complete Transfer LLC
13120 Aiken Rd
Louisville, KY  40223-4748


Concrete Placement Services LLC
1271 Strobhart Rd
Ridgeland, SC  29936-7629


Consumers Energy
PO Box 740309
Cincinnati, OH  45274-0309


Container Port Group
1340 Depot St Fl 2
Cleveland, OH  44116-1741


Contribution Health LLC
PO Box 124
Villanova, PA  19085-0124


Corcoran Fire
3328 Associates Dr
Burton, MI  48529-1302


Cornego Custom Welding
1451 Industrial Dr
Lafayette, IN  47905-4871

Corporation Service Company
PO Box 2576
Springfield, IL  62708-2576


Cottage Grove Commons LLC
1202 Regent St
Madison, WI  53715-3600


Craig Segrist
2804 Township Road 412
Dundee, OH  44624-9211


Crain Supply
6445 Old Highway 90
Milton, FL  32570-6603


Creative Holmes
9098 State Route 39
Millersburg, OH  44654-9791


Critchfield Critchfield & Johnston Ltd.
PO Box 599
Wooster, OH  44691-0599


Critchfield Critchfield & Johnston Ltd.
138 E Jackson St
Millersburg, OH  44654-1235

Cross Construction Company Inc.
PO Box 231
Ballard, WV  24918-0231


Cross Island Parkway
PO Box 5096
Hilton Head Island, SC  29938-5096


CSC Service Works Super Laundry
35 Corporate Dr Ste 220
Burlington, MA  01803-4244


Custom Air & Plumbing
5338 Pinkney Ave
Sarasota, FL  34233-2420


D. C. Graber Construction
13156 Maddox Ridge Rd
Campbellsburg, KY  40011-7201


Dad Esparaza Construction Corp.
1039 N Beneva Rd
Sarasota, FL  34232-1332


Dan Weaver
1234 Township Road 416
Dundee, OH  44624-9637

Daniel R. Volkema, Esq.
300 E Broad St
Columbus, OH  43215-3747


David Todd
265 N 1st St
Clarksville, OH  45113-8693


De Lage Landen Financial Services Inc.
PO Box 41602
Philadelphia, PA  19101-0000


De Lage Landen Financial Services Inc.
1111 Old Eagle School Rd
Wayne, PA  19087-1453


Dean A. Cowell
23 Spires Rd
Vinton, OH  45686-9144


Deborah Schwartz
4556 Schilling Hill Rd NW
New Philadelphia, OH  44663-7980


Dependable Service Plumbing
PO Box 2716
Pawleys Island, SC  29585-2716

Designer Tile and Stone LLC
100 Newfield Ave Ste D
Edison, NJ  08837-3849


Diamond Jubilee Pelham LLC
c/o Carter R. Massingill, Esq.
55 Beattie Pl Ste 1200
Greenville, SC  29601-2170


Diaz Concrete Construction
142 Ashton Pl
Ridgeland, SC  29936-6906


Dinsmore & Shohl LLP
101 S 5th St Ste 25000
Louisville, KY  40202-3157


DM Construction
3724 New Hudson Rd
Orwell, OH  44076-9724


Doan Companies
PO Box 980629
Ypsilanti, MI  48198


Dormakaba Canada Inc.
PO Box 896502
Charlotte, NC  28289-6502

Doug Drywall Construction LLC
6598 Ash Park Dr
Galloway, OH  43119-8280


Dover Tank & Plate Company
5725 Crown Rd NW
Dover, OH  44622-9649


DriveERT
PO Box 412362
Boston, MA  02108


Dropbox
PO Box 102345
Pasadena, CA  91101


Drywall Enterprise LLC
3125 Dandy Trl Ste 208
Indianapolis, IN  46214-1460


Duane N. Hershberger
8434 Cement Bridge Rd NW
Dundee, OH  44624-8903


Dutchline
PO Box 158
Berlin, OH  44610-0158

E. Sam Jones Distributor
PO Box 536794
Atlanta, GA  30353-6794


Eagle Machinery & Supply Inc.
422 Dutch Valley Dr NE
Sugarcreek, OH  44681-7517


Echols Oil Company Inc.
PO Box 1477
Greenville, SC  29602-1477


Eco-Seal Home Solutions
4535 Township Road 367
Millersburg, OH  44654-8885


Edwards Mooney & Moses
1320 McKinley Ave Ste B
Columbus, OH  43222-1155


Edwin Romario
6422 Sand Castle Dr
Holland, MI  49423-8539


Electrical Solutions Inc.
2928 County Road Mn
Stoughton, WI  53589-2706

Elias Francisco Miguel Ramierz
626 W Williams St
Lakeland, FL  33805-2114


Elite Flooring
2433 State Route 39
Sugarcreek, OH  44681-9633


Elite Painting Services LLC
3991 County Road 58
Millersburg, OH  44654-8508


EM Contractors
2221 E Southport Rd
Indianapolis, IN  46227-5221


Encompass Health Rehab Hospital
6400 Edgelake Dr
Sarasota, FL  34240-8813


Enterprise Fleet
8249 Mohawk Dr
Strongsville, OH  44136-1795


EP Construction
9457 Hilda Ave
Richmond, VA  23237-3440

EPLS LLC
250 Erin Ct
Lancaster, PA  17573-1965


Eques Inc.
5989 County Road 77
Millersburg, OH  44654-9038


Eric T. Devoll
8358 Township Road 662
Dundee, OH  44624-9634


Erik Brotherton Architect PLLC
327 Washington Ave
Pleasantville, NY  10570-2019


Ervin Schlabach
3387 County Road 160
Millersburg, OH  44654-8366


Esther M. Hershberger
2448 Township Road 414
Dundee, OH  44624-9239


Expressions Countertops LLC
PO Box 252
Baltic, OH  43804-0252

Extended Stay America- Bluffton
108 Seagrass Station Rd
Bluffton, SC  29910-9549


Fabtex
29 Woodbine Ln
Danville, PA  17821-8022


Farmers National Bank
20 S Broad St
Canfield, OH  44406-1401


Faster Better Construction Corp.
3427 29th St E
Bradenton, FL  34208-7311


FE Moran Inc.
3001 Research Rd
Champaign, IL  61822-1064


FedEx
US Collections Dept
PO Box 371461
Pittsburgh, PA  15250-7461


Feikert Sand & Gravel Inc.
6871 Township Road 605
Millersburg, OH  44654-9125

Fenton Bros. Electric Inc.
PO Box 996
New Philadelphia, OH  44663-0996


Ferguson Enterprises Inc.
PO Box 100286
Atlanta, GA  30384-0286


Ferrellgas
PO Box 173940
Denver, CO  80217-3940


First Electrical Contractors LLC
5820 SW 188th Ave
Southwest Ranches, FL  33332-1343


Flo Star Plumbing
2136 Township Road 416
Dundee, OH  44624-9621


Florida Attorney General
PL-01 The Capitol
Tallahassee, FL  32399-1050


Florida Bureau of Workers Compensation
200 E Gaines St
Tallahassee, FL  32399-6502

Florida Dept of Children & Families
2415 N Monroe St Ste 400
Tallahassee, FL  32303-4112


Florida Dept of Revenue
5050 W Tennessee St
Tallahassee, FL  32399-6585


Florida DOT Toll By Plate
PO Box 31241
Tampa, FL  33631-3241


Florida Power & Light
General Mail Facility
Miami, FL  33188


Foundation
5470 NW 10th Ter
Fort Lauderdale, FL  33309-2808


Fox Blocks Airlite Plastics
32055 Collections Center Dr
Chicago, IL  60601


Francisco Ramon
328 E 2nd St Rear
Dover, OH  44622-1804

```
Frantz Ward LLP
Attn: Mark J. Stockman or Mark L. Rodio
200 Public Sq Ste 3000
Cleveland, OH  44114-2381


Fuelman
PO Box 70887
Charlotte, NC  28272-0887


GA Forestry
PO Box 344
Berlin, OH  44610-0344


Gastroenterology & Hepatology Specialist
4360 Fulton Dr NW Ste B
Canton, OH  44718-0000


GDN Welding & Construction
26697 Danville Amity Rd
Danville, OH  43014-9769


Genco Pools & Spas
1217 NE Main St
Simpsonville, SC  29681-6019


Generator Systems
2246 Port Centre Dr
Medina, OH  44256-5994
```

Geo Technologies
1016 SE 3rd Ave
Ocala, FL  34471-3728


George's Concrete Pumping Services Inc.
PO Box 33635
Indianapolis, IN  46203-0635


Georgetown County Building Department
PO Box 421270
Georgetown, SC  29442-4200


Georgia Attorney General
40 Capitol Sq SW
Atlanta, GA  30334-9057


Georgia Board of Workers Compensation
270 Peachtree St NW
Atlanta, GA  30303-1283


Georgia Dept of Revenue
1800 Century Blvd NE
Atlanta, GA  30345-3202


Georgia Div of Family & Childrens Svcs
2 Peachtree St NW Fl 19
Atlanta, GA  30303-3142

Geos Enterprises LLC
806 Powdersville Rd Ste R
Easley, SC  29642-1980


GeoTechnology
11816 Lackland Rd Ste 150
Saint Louis, MO  63146-4237


Gilchrist County Tax Collector
PO Box 194
Trenton, FL  32693-0194


Gingerich Trailer Sales
5815 State Route 39
Millersburg, OH  44654-8330


Glass Doctor
PO Box 495
Millersburg, OH  44654-0495


GLS Inc.
3512 S Harding St
Indianapolis, IN  46217-3345


Godaddy
14455 N Hayden Rd Ste 219
Scottsdale, AZ  85260-6993

Golden Rule Lumber & Hardware
4100 Guthrie Rd
Guthrie, KY  42234-9110


Graber's Concrete Construction LLC
6520 N 110th E
Loogootee, IN  47553


Grace Hostetler
6334 State Route 93 NW
Dundee, OH  44624-8714


Graves Lumber
PO Box 14870
Copley, OH  44321-4870


Great American Insurance Company
301 E 4th St Fl 24
Cincinnati, OH  45202-4278


Green Care Lawn
PO Box 96
Dundee, OH  44624-0096


Guaranteed Supply Company
PO Box 36007
Greensboro, NC  27416-6007

Gutierrez Flooring Service
5608 Carrollwood Meadows Dr
Tampa, FL  33625-3272


Hampton Inn Fort Myers
11281 Summerlin Square Dr
Fort Myers Beach, FL  33931-5367


Harmon Interiors
11360 N 1300 E
Loogootee, IN  47553-5178


Haynsowrth Sinkler Boyd PA
PO Box 2048
Greenville, SC  29602-2048


HD Supply Waterworks
PO Box 28330
Saint Louis, MO  63146-0830


Heartland Masonry & Construction LLC
1567 County Road 168
Dundee, OH  44624-9219


Heartland Stairways
7964 Township Road 565
Holmesville, OH  44633-9702

Heartland Title Agency LLC
138 E Jackson St
Millersburg, OH  44654-1235


Henderson Covington, et al.
Attn: Jerry Bryan
6 Federal Plz Ste 1300
Youngstown, OH  44503


Herc Rentals
PO Box 936257
Atlanta, GA  31193-6257


HH2 Cloud Services
938 University Park Blvd Ste 200
Clearfield, UT  84015-6285


Hickory Lane Welding
11657 Salt Creek Rd
Fredericksburg, OH  44627-9755


Hillside Propane Inc.
2113 Dutch Valley Dr NW
Sugarcreek, OH  44681-7922


HL Sales
11461 Salt Creek Rd
Fredericksburg, OH  44627-9755

Holiday Inn Express Worthington
55 Hutchinson Ave
Columbus, OH  43235-1413


Holmes Auto LLC
7190 State Route 39
Millersburg, OH  44654-9204


Holmes Family Medicine
151 Parkview Dr
Millersburg, OH  44654-8949


Holmes M & M Construction
5024 Township Road 382
Millersburg, OH  44654-9208


Holmes Oil Distributing
PO Box 148
Millersburg, OH  44654-0148


Holmes Power Equipment
7700 State Route 241
Millersburg, OH  44654-8387


Holmes Redimix
7571 State Route 83
Holmesville, OH  44633-9633

Holmes Rental Station Inc
1298 State Route 39 NW
Sugarcreek, OH   44681-7814


Holmes Wayne Electric Cooperative Inc.
PO Box 112
Millersburg, OH   44654-0112


Hooper Corporation
2030 Pennsylvania Ave
Madison, WI   53704-4746


Hoosier Glass Co.
562 S Post Rd
Indianapolis, IN   46239-9741


Hospitality Design
11720 Horseshoe Way
Richmond, BC   V7A 4-V


Hotel Fitness
PO Box 8550
Fort Wayne, IN   46898-8550


Hummel Group Inc.
PO Box 250
Berlin, OH   44610-0250

Huntington National Bank
5555 Cleveland Ave
Columbus, OH  43231-4048


Huntington Steel & Supply Co.
100 3rd Ave
Huntington, WV  25701-1214


Huware Construction & Development Inc.
15906 Ryan Dr
Belton, MO  64012-5361


IBP Savannah
PO Box 631
Pooler, GA  31322-0631


Ice Machines Plus
24 Maple St
Wethersfield, CT  06109-3417


Illinois Tollway
PO Box 5544
Chicago, IL  60680-5491


ImaginIt Technologies
28127 Network Pl
Chicago, IL  60673-1281

Indiana Department of Revenue
PO Box 7206
Indianapolis, IN  46207-7206


Indiana Family & Social Services Admin
PO Box 7083
Indianapolis, IN  46207-7083


Integrity Construction II Inc.
PO Box 728
Bellville, OH  44813-0728


Integrity Excavating II LLC
PO Box 652
Bellville, OH  44813-0652


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101


IRS Special Procedures
1240 E 9th St Rm 457
Cleveland, OH  44199-0000


J & M Mining
17253 State Route 279
Oak Hill, OH  45656-9711

J Crane Inc.
10315 W US Route 36
Covington, OH  45318-7902


James R. Jones
59484 County Road 2
Newcomerstown, OH  43832-9681


Jansen & Sons Insulation
PO Box 534451
Atlanta, GA  30353-4451


Jay Masonry Inc.
2235 Township Road 151
Millersburg, OH  44654-9414


JC Professional Drywall LLC
112 Lynn Dr
Taylors, SC  29687-4113


JDW Architects
2707 S Clarksville Rd
Clarksville, OH  45113-9307


JE & MA Enterprises LLC
2336 Wild Tamarind Blvd
Orlando, FL  32828-7394

Jeremy and Beth Barlet
171 Old Pond Cir
Bluffton, SC  29910-7811


Jerry W. Hershberger, et al.
2425 Township Road 444
Sugarcreek, OH  44681-9419


Jim Miller
4669 Township Road 422
Sugarcreek, OH  44681-9401


JLG Industries Inc.
14943 Collection Center Dr
Chicago, IL  60693-0149


Joel I. Miller
3028 US Route 62
Dundee, OH  44624-9238


Joey Troyer
4610 Ardale St
Sarasota, FL  34232-4020


John G. Farnan, Esq.
Weston Hurd LLP
1300 E 9th St Ste 1400
Cleveland, OH  44114-1573

John Holland
27 Meadowbrook Dr
Mount Vernon, OH  43050-9452


John Weaver
13480 Harrison Rd
Apple Creek, OH  44606-9615


Jordi Construction LLC
6706 Coolridge Rd
Temple Hills, MD  20748-2704


Jose Chavez
115 10th St W
Palmetto, FL  34221-3952


Jose Ledesma Corea
636 12th St NW
New Philadelphia, OH  44663-1043


Joseph Yoder
5503 State Route 250 NW
Beach City, OH  44608-9451


Joshua Zeigler
4890 Rostalk Rd
Galion, OH  44833-9777

JP Farley
PO Box 458022
Westlake, OH  44145-8022


JSD Professional Services
161 Horizon Dr Ste 101
Verona, WI  53593-1249


July Servics
PO Box 2208
Waco, TX  76703-2208


JW Craft Inc.
4329 Enterprise Ave
Naples, FL  34104-7010


K & W Yard Designs
7487 E 650 N
Montgomery, IN  47558-5090


Kann Custom Welding LLC
10339 Justus Ave SW
Beach City, OH  44608-9504


KB Walker
W230S4513 Milky Way Rd
Waukesha, WI  53189-7911

Keim Concrete LLC
4175 W Old Lincoln Way
Wooster, OH  44691-3241


Keim Concrete Pumping
1610 County Road 200
Dundee, OH  44624-9611


Keller North America Inc.
5461 W Waters Ave Ste 900
Tampa, FL  33634-1233


Kenny's Air Conditioning & Heating
4418 N Cortez Ave
Tampa, FL  33614-7020


Kentucky Attorney General
700 Capital Ave Rm 118
Frankfort, KY  40601-3458


Kentucky Dept of Health & Family Svcs
275 E Main St
Frankfort, KY  40621-1000


Kentucky Dept of Revenue
501 High St
Frankfort, KY  40601-2103

Kentucky Dept of Workers Compensation
500 Mero St Ste 3
Frankfort, KY  40601-1957


Kentucky Employers' Mutual Insurance
PO Box 12500
Lexington, KY  40583-2500


Kentucky Utilities
PO Box 25212
Lehigh Valley, PA  18002-5212


Key Blue Prints Inc.
195 E Livingston Ave
Columbus, OH  43215-5745


Koorsen Fire & Security
2719 N Arlington Ave
Indianapolis, IN  46218-3322


KT Services LLC
5666 Tynecastle Loop
Dublin, OH  43016-6041


Kurtz Construction
5223 Donley Rd
Middlefield, OH  44062-9518

Kyle T. Anderson, Esq.
1160 Dublin Rd Ste 400
Columbus, OH  43215-1052


L & J Erection
102 W Pike St
Houston, PA  15342-1462


L & W Supply
PO Box 74008229
Chicago, IL  60674-8229


Lamp Flooring
50 Harrison St
Newport, OH  45768-9050


Last Stop Carpentry
8509 Honors St
Champions Gate, FL  33896


Laura Becker
3013 Summerfield Dr
Louisville, KY  40220-3327


Law Offices of Daniel A. Seigel
401 E Las Olas Blvd Ste 130-254
Fort Lauderdale, FL  33301-2210

LD&D
503 Washburn Ave Ste 101
Louisville, KY  40222-4798


LDR Local Dumpster
6100 Lake Forrest Dr Ste 505
Atlanta, GA  30328-3836


Lenawee Hospitality LLC
457 S Reynolds Rd Ste 115
Toledo, OH  43615-5953


Lenny Gonzalez
11554 Township Road 259
Millersburg, OH  44654-9775


Levi Schlabach
305 Saddle Hill Rd
Oak Hill, OH  45656-9217


Liberty Mutual Insurance
PO Box 1449
New York, NY  10116-1449


Liberty Redi-Mix
1001 Eastwood Ave
Akron, OH  44305-1127

Lightning Rod Mutual Insurance Co, et al
Attn: David L. Jarrett, Esq.
2865 Benden Dr
Wooster, OH  44691-2596


Little's Septic Service Inc.
239 Clay St
Wheelersburg, OH  45694-8407


Lucas Electrical Contractors
12300 Sprecher Ave
Cleveland, OH  44135-5124


Luna Drywall and Paint LLC
22 Essex Ct
Bluffton, SC  29910-4008


Lynn Trucking Inc.
6448 S County Road 675 E
Plainfield, IN  46168-8655


M & H Plumbing Supply LLC
3367 Township Road 414
Dundee, OH  44624-9209


M & H Supply
6605 State Route 515
Dundee, OH  44624-9216

M & M Excavating LLC
373 Graytwig Cir
Murrells Inlet, SC  29576-6467


M.T. Services Inc.
PO Box 136
Berlin, OH  44610-0136


Mary D. Miller
4827 Leihley Hill Rd NW
Sugarcreek, OH  44681-7774


Masada Funding LLC
20 Jay St
Brooklyn, NY  11201-8301


Mast Construction LLC
230 Creswell Ave E
Greenwood, SC  29646-3402


Maxim Crane Works LP
4389 Solutions Ctr
Chicago, IL  60677-4003


MCTV
PO Box 1000
Massillon, OH  44648-1000

Medwatch LLC
400 Colonial Center Pkwy Ste 320
Lake Mary, FL  32746-7682


Mel & Mary's Cottages
2972 Township Road 190
Baltic, OH  43804-9608


Mel Raber
4805 Township Road 366 Unit 183
Millersburg, OH  44654-8266


Michael Miller
2159 Township Road 416
Dundee, OH  44624-9220


Michigan Attorney General
PO Box 30212
Lansing, MI  48909-7712


Michigan Dept of Health & Human Svcs
PO Box 30195
Lansing, MI  48909-7695


Michigan Dept of Revenue
Michigan Dept of Treasury
Lansing, MI  48901

Michigan Workers Compensation Agency
PO Box 30016
Lansing, MI  48909-7516


Mid Ohio Powder Coating
4041 Township Road 606
Fredericksburg, OH  44627-9685


Midwest Equipment Sales
777 Manor Park Dr
Columbus, OH  43228-9522


Mike Tackett
381 Grasslick Rd
Gassaway, WV  26624-7622


Miller General Construction
3712 Rice Rd
Orwell, OH  44076-9715


Miller Hardware & Supply Ltd.
PO Box 15
Winesburg, OH  44690-0015


Miller Rousabout Service Inc.
9429 Winesburg Rd
Dundee, OH  44624-9438

Miller's Reliable Waste Service
10930 Erie Ave SW
Beach City, OH  44608-9791


Mills Supply
1100 S 9th St
Louisville, KY  40203-3122


Mincey Bathroom Installation Inc.
936 Azalea Rdg
Dahlonega, GA  30533-5609


Mincey Marble
1940 New Harvest Rd
Gainesville, GA  30507-8772


Mini Mobile
PO Box 650882
Dallas, TX  75265-0882


Mitchell S. Devoll
11504 Portland Ave SW
Beach City, OH  44608


Mohawk Group
PO Box 935553
Atlanta, GA  31193-5553

Moore & Neidenthal Inc.
PO Box 468
Dover, OH  44622-0468


Moses Miller
2040 Township Road 414
Dundee, OH  44624-9204


Mount Eaton Engine Shop
10225 Senff Rd
Dundee, OH  44624-9435


Mount Eaton Trailer LLC
9252 County Road 186
Dundee, OH  44624-9408


Mount Hope Fence
PO Box 95
Mount Hope, OH  44660-0095


MP Renovations Inc.
407 River Heights Cir
Anderson, SC  29621-6534


MPL Company
203 N Edgerton St
Fairland, IN  46126-2036

Myron Miller Trucking Inc.
7125 Township Road 310
Millersburg, OH  44654-9201


National Construction Rentals
PO Box 4503
Pacoima, CA  91333-4503


NC Quick Pass
PO Box 71116
Charlotte, NC  28272-1116


Nevin Hostetler
8046 State Route 516 NW
Dundee, OH  44624-8601


New View Resurfacing
2511 Treat St
Adrian, MI  49221-4011


New York Attorney General
The Capitol
Albany, NY  12201-0341


New York Dept of Taxation & Finance
Attn: Bankruptcy Section
PO Box 5300
Albany, NY  12205-0300

New York Office of Children & Family Svc
Capital View
52 Washington St Ofc
Rensselaer, NY  12144-2834


New York State Fund Insurance
PO Box 5520
Binghamton, NY  13902-5520


New York Thruway
PO Box 15186
Albany, NY  12212-5186


New York Workers Compensation Board
328 State St
Schenectady, NY  12305-3201


Nieva Hospitality LLC
6834 County Road 672
Millersburg, OH  44654-8349


NLR Tools Limited
44832 County Road 75
Conesville, OH  43811-9712


Noah Yutzy & Sons Builders LLC
16109 Shedd Rd
Middlefield, OH  44062-9154

```
Northeast Ohio Gas
PO Box 74008596
Chicago, IL  60674-8596


Nova Title Agency Inc.
30455 Solon Rd
Solon, OH  44139-3458


NueSynergy
4601 College Blvd Ste 280
Leawood, KS  66211-1650


Office of the Indiana Attorney General
Indiana Government Center
302 W Washington St Rm 5
Indianapolis, IN  46204-4701


Office Of The Ohio Attorney General
150 E Gay St
Collections Enforcement Section
Columbus, OH  43215-0000


Office Of The United States Attorney
801 W Superior Ave Ste 400
Cleveland, OH  44113-0000


Ohio Bureau Of Workers' Compensation
30 W Spring St
Columbus, OH  43215-0000
```

Ohio Child Support Center
PO Box 182394
Columbus, OH  43218-2394


Ohio Department Of Commerce
PO Box 4009
Reynoldsburg, OH  43068-9009


Ohio Dept Of Job & Family Services
PO Box 182404
Columbus, OH  43218-0000


Ohio Lumber Brick & Block LLC
8890 State Route 117
Huntsville, OH  43324-9600


Ohio Specialty Surgery Center
7442 Frank Ave
North Canton, OH  44720-0000


Ohio State Outpatient Care
6100 N Hamilton Rd
Westerville, OH  43081


Okatie Construction
PO Box 909
Ridgeland, SC  29936-2616

Omni Fireproofing Co. LLC
9305 Le Saint Dr
Fairfield, OH  45014-5447


OneFunder LLC
8019 N Himes Ave Ste 300
Tampa, FL  33614-2761


Only Experienced Professionals LLC
3855 Paragon Dr
Columbus, OH  43228-9484


Orrville Trucking & Grading
PO Box 220
Orrville, OH  44667-0220


Ortho United
7442 Frank Ave NW
North Canton, OH  44720-7022


Oscar W. Larson Co.
10100 Dixie Hwy
Clarkston, MI  48348-2414


Otis Elevator Company
6010 Corporate Way
Indianapolis, IN  46278-2923

Pac-Van Inc.
PO Box 840514
Dallas, TX  75284-0514


Palmetto Electric Cooperative Inc.
PO Box 530812
Atlanta, GA  30353-0812


Palmetto State Glass
1501 Saint Andrews Rd
Columbia, SC  29210-5933


Paracrop
PO Box 160568
Sacramento, CA  95816-0568


Pass Industries
6207 28th St E
Bradenton, FL  34203-5337


Patrick McCaffrey
251 Daniel Burnham Sq Apt 303
Columbus, OH  43215-2683


Patriot Engineering and Environmental
6150 E 75th St
Indianapolis, IN  46250-2783

Paul Becker
6159 Rosalind Ct
Huntington, WV  25705-2320


Peachtree Construction
2054 Laramie Rd NW
Carrollton, OH  44615-9056


Pennsylvania Attorney General
4801 Atlantic Ave
Erie, PA  16506-4589


Pennsylvania Dept of Human Services
Bureau of Administrative Services
PO Box 2675
Harrisburg, PA  17105


Pennsylvania Dept of Revenue
448 W 11th St
Erie, PA  16501-1594


Pennsylvania Dept of Workers Comp
1700 Labor and Industry Bldg
Harrisburg, PA  17120-0105


Pennsylvania Turnpike Toll by Plate
PO Box 645631
Pittsburgh, PA  15264

Peppers Plumbing
5973 State Route 241
Millersburg, OH  44654-9464


Performance Plumbing LLC
2050 Township Road 416
Dundee, OH  44624-9640


Peterson Contractors Inc.
PO Box A
Reinbeck, IA  50669-0155


PharmAvail Benefit Management
3380 Trickum Rd # 100
Woodstock, GA  30188-3680


Phillips Hospitality
490 N McCarthy Blvd
Milpitas, CA  95035-5118


PipelineSuite
3723 Birch St Ste 24
Newport Beach, CA  92660-2614


Piper Fire Protection
13075 US Highway 19 N
Clearwater Beach, FL  33764-7224

Pitney Bowes Financial Services LLC
27 Waterview Dr
Shelton, CT  06484-4301


PlanGrid Inc.
2111 Mission St Ste 400
San Francisco, CA  94110-6349


Pleasant Valley Redi-Mix
PO Box 436
Sugarcreek, OH  44681-0436


Port-A-Johnnie Inc.
24 Main St
Shelbyville, KY  40065-1020


Porta Kleen Industrial Services Inc.
1300 Paysphere Cir
Chicago, IL  60674-0013


Portsmouth Block
2700 Gallia St
Portsmouth, OH  45662-4807


Premiere LLC
3445 Harvest Dr Ste A
Gordonville, PA  17529-9514

Procore Technologies
 Dept CH 10757
Palatine, IL  60055


Professional Safety Documents
PO Box 576
Kent, OH  44240-0010


Protegis Fire & Safety
PO Box 931933
Cleveland, OH  44193-0004


Provia
2150 State Route 39
Sugarcreek, OH  44681-9201


Provision Concepts LLC
PO Box 1348
Shelbyville, KY  40066-1348


Pumpcrete America Inc.
161 Comfort Rd
Palatka, FL  32177-8637


Quality Exteriors of Holmes County LLC
PO Box 34
Walnut Creek, OH  44687-0034

Quality Inn & Suites Cincinnati
Attn: Raja Prasad
800 W 8th St
Cincinnati, OH   45203-1602


Quality Panel LLC
8139 Criswell Rd
Fredericksburg, OH   44627-9709


Quest Diagnostics
PO Box 74050
Cincinnati, OH   45274-0000


R & D Truck Center
135 Pine St
Gallipolis, OH   45631-1535


R. E. Purnell Construction Inc.
PO Box 1559
Shelbyville, KY   40066-1559


R. Gingerich Construction LLC
10820 Township Road 268
Millersburg, OH   44654-8405


RAM Tool
4500 5th Ave S Ste A
Birmingham, AL   35222-2911

Ramons Carpentry LLC
532 Briarwood Rd
Venice, FL  34293-3247


Rays Trash Service Inc.
Drawer 1
Clayton, IN  46118


RB Diesel Services
PO Box 196
Berlin, OH  44610-0196


Reading Rock
4600 Devitt Dr
Cincinnati, OH  45246-1104


Rees Cast Stone
901 Commercial Pkwy
Dover, OH  44622-3153


Regional Income Tax Agency
PO Box 94951
Cleveland, OH  44101-4951


REKS Contractors Inc.
2660 Springbluff Ct
Buford, GA  30519-4191

Reliable Leak Detection LLC
5840 Sutters Mill Dr
Cincinnati, OH  45247-5992


Republic Services
2800 Erie St S
Massillon, OH  44646-7915


Richard Law Office
127 E Liberty St Ste 100
Wooster, OH  44691-4399


Rick Lanning
1021 Newark Rd
Mount Vernon, OH  43050-4640


River Link
PO Box 70
Perry, NY  14530-0070


RL Hochstetler Flooring Ltd.
8919 E Moreland Rd
Apple Creek, OH  44606-9445


RM Masonry Renovation
100 Wallace Ave Ste 425
Sarasota, FL  34237-6058

Robert Schlabach
5120 Leihley Hill Rd NW
Sugarcreek, OH  44681-7777


Rooter-Man
11595 66th St
Largo, FL  33773-5410


Rumpke Waste & Recycling
3990 Generation Dr
Cincinnati, OH  45201


Russell Garza
1996 Harold St
Adrian, MI  49221-4451


Russell Tindall
4548 Troendly Rd SW
Baltic, OH  43804-9043


RWA Global LLC
3169 State Route 39
Millersburg, OH  44654-8805


RX Help Centers LLC
3905 Vincennes Rd Ste 200
Indianapolis, IN  46268-3039

Safe-N-Sound Security
5555 County Road 203
Millersburg, OH  44654-8242


Safety Quip Inc.
4950 Getwell Rd
Memphis, TN  38118-7722


Safety-Kleen Systems Inc
42 Longwater Dr
Norwell, MA  02061-1612


Sage One LLC
2972 Township Road 190
Baltic, OH  43804-9608


Samples Oilfield Trucking
13911 Millersburg Rd
Danville, OH  43014-9697


Saturn Encore Funding
1420 E 32nd St Ste 316
Brooklyn, NY  11234-3404


Schindler Elevator Corporation
PO Box 70433
Chicago, IL  60673-0433

```
Schwartz Siding Roofing & Renovation
PO Box 357
Westfield, IN  46074-0357


Scott Fenwick Wallcovering
4864 Kresge Dr
Columbus, OH  43232-4535


Seal Craft by Contour Windows Inc.
2211 Auburn Rd
Auburn Hills, MI  48326-3108


SFM Code Enforcement
PO Box 4009
Reynoldsburg, OH  43068-9009


SH Construction LLC
PO Box 878
Hardeeville, SC  29927-0878


Shane Neighbor
407 Canal St
Newcomerstown, OH  43832


Shelter Products Inc.
PO Box 734399
Dallas, TX  75201
```

Signature Real Estate
1313 N Section St
Sullivan, IN  47882-9226


Simmons Manufacturing Co. LLC
PO Box 945655
Atlanta, GA  30394-5655


Skelton's Plumbing
5921 Waddy Rd
Waddy, KY  40076-6101


Sleep Inn Hocking Hills Logan
12830 Grey St
Logan, OH  43138-9638


Sleep Inn Mainstay Suites
5965 Brookhill Blvd
Sarasota, FL  34232-6302


Slusarski Excavating & Paving Inc.
119 Greenly St
Adrian, MI  49221-2013


Smith's Septic Tank Service
PO Box 838
Bell, FL  32619-0838

SMP Painting Contactors
1406 Commerce Pl
Myrtle Beach, SC  29577-6550


Snap-On Tools
10755 State Route 39
Millersburg, OH  44654-9773


Snyder Brick & Block
PO Box 688
Dayton, OH  45409-0688


Snyder's Excavation LLC
4312 Vilas Hope Rd
Cottage Grove, WI  53527-9556


SOAP Properties
7410 Ratchford Ct
New Albany, OH  43054-8970


South Carolina Attorney General
PO Box 11549
Columbia, SC  29211-1549


South Carolina Dept of Revenue
300 Outlet Pointe Blvd Ste A
Columbia, SC  29210-5666

South Carolina Dept of Social Services
PO Box 1520
Columbia, SC  29202-1520


South Carolina Workers Compensation
PO Box 1715
Columbia, SC  29202-1715


South Florida Fire Protection
6222 Tower Ln Unit A12
Sarasota, FL  34240-7847


Southeastern Laundry Equipment Sales
1105 Shana Ct NE Ste 1
Marietta, GA  30066-2777


Southern Cross Fire Protection
41014 Clay Gully Rd
Myakka City, FL  34251-8931


Spring Construction
PO Box 3633
Bluffton, SC  29910-3633


Springhill Suites by Marriott
610 Eden Park Dr
Cincinnati, OH  45202-6031

SRB Capital LLC
8868 Columbus Rd
Mount Vernon, OH  43050-4404


SRM Concrete
10000 Hollingshead Cir
Murfreesboro, TN  37127


SSB Community Bank
PO Box 107
Strasburg, OH  44680-0107


Stanley Access Technologies
7652 Sawmill Rd Ste 281
Dublin, OH  43016-9296


State Of Ohio Dept Of Taxation
PO Box 530 Attn:  Bankruptcy Division
Columbus, OH  43216


State Road Construction
6578 State Route 537
West Farmington, OH  44491


Stevens Disposal & Recycling Service
PO Box 500
Temperance, MI  48182-0500

Stocker Concrete
PO Box 176
Gnadenhutten, OH  44629-0176


Stoll Bros. Lumber Inc.
PO Box 367
Odon, IN  47562-0367


Stoney Point Hardware
4455 County Road 229
Fredericksburg, OH  44627-9426


Stratus Building Solutions
115 Whitsett St
Greenville, SC  29601-3138


Suburban Drywall Inc.
195 Enterprise Dr
Lake Mills, WI  53551-1763


Summit Benefit Solutions Inc.
630 Lexington Ave
Mansfield, OH  44907-1500


Sunbelt Rentals Inc.
PO Box 409211
Atlanta, GA  30384-9211

Sunshine Metal Supply Inc.
719 Cattlemen Rd
Sarasota, FL  34232-2852


Sunstate Equipment Co.
PO Box 208439
Dallas, TX  75201


Superior Services
36 Persminnon St Ste 202
Bluffton, SC  29909


Suwannee Glass Inc.
9036 101st Ct
Live Oak, FL  32060-7684


T & E Hydro Seeding & Excavating
5040 Township Road 405
Millersburg, OH  44654-8891


Tax Matters Inc.
PO Box 165
Sugarcreek, OH  44681-0165


Tennessee Attorney General
PO Box 20207
Nashville, TN  37202-4015

Tennessee Department of Revenue
Andrew Jackson State Office Building
500 Deaderick St
Nashville, TN  37242-0001


Tennessee Dept of Human Services
505 Deaderick St
Nashville, TN  37243-1402


Tennessee Dept of Labor & Workforce Dev
220 French Landing Dr
Nashville, TN  37243-1002


Terracon Consultants Inc.
PO Box 959673
Saint Louis, MO  63195-9673


Terry Griffith
146 Garland Cir
Easley, SC  29642-8910


Teto's Concrete LLC
1106 Williams Rd
Plant City, FL  33565-2452


Texas Bonding Company
801 S Figurora St Ste 700
Los Angeles, CA  90001

The Carter-Jones Lumber Co.
601 Tallmadge Rd
Kent, OH  44240-7331


The Cincinnati Air Conditioning Co.
2080 Northwest Dr
Cincinnati, OH  45231-1700


The Cleveland Clinic
PO Box 89410
Cleveland, OH  44101-0000


The Coblentz Group LLC
PO Box 158
Berlin, OH  44610-0158


The Commercial & Savings Bank
91 N Clay St
Millersburg, OH  44654-1117


The Eifes & Stucco LLC
1039 N Beneva Rd
Sarasota, FL  34232-1332


The Farmers Savings Bank
111 W Main St
Spencer, OH  44275-9565

The Glassman
2930 S Orange Blossom Trl
Orlando, FL  32805-6374


The Masonry by Allstate
2715 Bardstown Rd Ste 211
Louisville, KY  40205-2650


The Matrix Companies
644 Linn St Ste 900
Cincinnati, OH  45203-1738


The Reaves Firm Inc.
6800 Poplar Ave Ste 101
Memphis, TN  38138-7448


The Reserve at Williams Glen
2201 Williams Glen Blvd
Zionsville, IN  46077-1185


The Waterworks
550 Schrock Rd
Columbus, OH  43229-1062


The Wells Group LLC
611 W Main St
West Liberty, KY  41472-2005

Thomas Brothers Nursery & Landscaping Co
5104 Old Augusta Rd
Greenville, SC  29605-1519


Titan Florida LLC
PO Box 932622
Atlanta, GA  31193-2622


Todd A. Harpst, Esq.
Nicolas J. Horrigan, Esq.
1559 Corporate Woods Pkwy Ste 250
Uniontown, OH  44685-7822


Toi Toi USA
PO Box 11407
Birmingham, AL  35246-0100


Tolls by Mail Payment Processing Center
PO Box 15183
Albany, NY  12212-5183


Tom Devoll
8358 Township Road 662
Dundee, OH  44624-9634


Towpath Ready Mix
PO Box 207
Beaver, OH  45613-0207

TPG Sports Performance Center
1 Robinson Plz Ste 230
Pittsburgh, PA  15205-1021


Trademark Distribution Sales
5377 County Road 626
Millersburg, OH  44654-8842


Traffic Detectors & Signs Inc.
7521 Forest Hill Ave
Youngstown, OH  44514-2635


Trail Battery & Solar
5977 State Route 515
Millersburg, OH  44654-9111


Transworld Systems Inc.
1105 Schrock Rd Ste 300
Columbus, OH  43229-1174


Traveler's Alliance Group
PO Box 7064
San Francisco, CA  94120-7064


Traveler's Insurance
PO Box 660317
Dallas, TX  75266-0317

Tri State Concrete Pumping Inc.
4813 Oxford State Rd
Middletown, OH  45044-8922


Trinity Drywall & Painting LLC
1080 Bassett Rd Ste A
Westlake, OH  44145-1109


Troy Ridge Manufacturing
3998 County Road 168
Millersburg, OH  44654-7000


Tuscarawas County Health District
897 E Iron Ave
Dover, OH  44622-2030


Twin K Trucking
5166 Leighly Hill Rd NW
Sugarcreek, OH  44681


Ulmer & Berne LLP
Attn: Richard T. Hamilton Jr
1660 W 2nd St Ste 1100
Cleveland, OH  44113-1406


Ulmer & Berne, LLP
Skylight Office Tower
1660 W 2nd St Ste 1100
Cleveland, OH  44113-1406

United Rentals
PO Box 100711
Atlanta, GA  30384-0711


United States Surety Company
1 Texas Station Ct Ste 230
Timonium, MD  21093-8288


Universal Engineering Sciences Inc.
PO Box 628734
Orlando, FL  32862


Unlimited Concrete
2795 Weigand Rd
Lockbourne, OH  43137-9638


UPS
28013 Network Pl
Chicago, IL  60673-1280


US Attorney General
950 Pennsylvania Ave NW
C/O US Dept Of Justice
Washington, DC  20530-0000


US Small Business Administration
Cleveland District Office
1350 Euclid Ave Ste 211
Cleveland, OH  44115-1815

US Speciality Insurance Company
13403 Northwest Fwy
Houston, TX  77040-6006


Valesco Manufacturing Inc.
7857 N 1100 E
Loogootee, IN  47553-5628


Valley Health System
1301 Hal Greer Blvd
Huntington, WV  25701-3803


Van Lann Construction Supply
3240 68th St SE
Caledonia, MI  49316-7654


Vector Engineers Inc.
PO Box 478
Columbus, OH  43085-0478


Veraluxe
6661 State Route 515
Dundee, OH  44624-9254


Verizon
PO Box 25505
Lehigh Valley, PA  18002-5505

Village Motors
784 Wooster Rd
Millersburg, OH  44654-1031


Village of Fredericksburg
Attn: Tax Adminstrator
8400 Millbrook Rd
Shreve, OH  44676-9110


Virgil L. Herchberger
1523 Union Church Rd
Pleasureville, KY  40057-8620


VK Custom Kitchens
72 S Main St
Inman, SC  29349-1673


Walnut Creek Glass
2680 Township Road 421
Sugarcreek, OH  44681-8403


Waste Management of Ohio Inc.
PO Box 4648
Carol Stream, IL  60197-4648


Waste Pro of Florida
8470 NW 168th Ln
Fanning Springs, FL  32693-7509

Water Works Greater Cincinnati
4747 Spring Grove Ave
Cincinnati, OH   45232-1921


Wayne B. Miller
4104 Winthrop St
Sarasota, FL   34232-4966


WCH Transport LLC
6214 E 750 N
Odon, IN   47562-5124


Webstaurant Store
40 Citation Ln
Lititz, PA   17543-7604


Weiler Roofing Inc.
719 Cattlemen Rd
Sarasota, FL   34232-2852


Wesley Hershberger Jr.
355 DW Dever Rd
Oak Hill, OH   45656


West Side Tractor Sales
PO Box 87618
Chicago, IL   60680-0618

West Virgina Parkways Authority
PO Box 1469
Charleston, WV  25325-1469


West Virginia Attorney General
State Capitol Complex Bldg 1
1900 Kanawha Blvd E Rm E-26
Charleston, WV  25305


West Virginia Bureau of Workers Comp
WV Offices of the Insurance Commissioner
PO Box 50540
Charleston, WV  25305-0540


West Virginia Dept of Job & Family Svcs
350 Capitol St Rm 730
Charleston, WV  25301-1757


West Virginia Dept of Taxation
The Revenue Center
1001 Lee St E
Charleston, WV  25301-1725


West Water Supply
1007 Lee St
Zanesville, OH  43701-3328


Western Reserve Group
PO Box 740754
Cincinnati, OH  45274-0754

Whispering Pines Construction LLC
18988 Jones Ln
Richland Center, WI   53581-5890


Whitaker Heating & Cooling
64 Oak Dale Cir
Baxley, GA   31513


White Law Office Co.
Attn: Matthew A. Kearney, Esq.
5989 County Road 77
Millersburg, OH   44654-9038


WHL&P
2871 US Route 62
Dundee, OH   44624-9236


Wilks Site Prep Inc.
8849 SW 15th Ct
Trenton, FL   32693-5690


William D. McCullough
100 Santa Clara St NW
Canton, OH   44709-1451


Williams Brothers Corp of America
1330 Progress Dr
Front Royal, VA   22630-6425

Williams Scotsman Inc.
PO Box 91975
Chicago, IL  60693-1975


Willoughby Supply
PO Box 771859
Detroit, MI  48277-1859


Wilmer Troyer
4601 Ardale St
Sarasota, FL  34232-4019


Winesburg Area Development Corp.
PO Box 143
Winesburg, OH  44690-0143


Winesburg Hardwood Lumber Co.
2871 US Route 62
Dundee, OH  44624-9236


Winyah Building Supply
2136 N Fraser St
Georgetown, SC  29440-6402


Wisconsin Attorney General
c/o Wisconsin Department of Justice
PO Box 7857
Madison, WI  53707-7857

```
Wisconsin Dept of Children & Families
PO Box 8916
Madison, WI  53708-8916


Wisconsin Dept of Revenue
PO Box 8949
Madison, WI  53708-8949


Wisconsin Dept of Workforce Development
PO Box 7946
Madison, WI  53707-7946


Wisconsin Power and Light Company
1521 Progress Ln
Stoughton, WI  53589-5304


Wolff Bros Supply
PO Box 508
Medina, OH  44258-0508


Wooster Community Hospital
1761 Beall Ave
Wooster, OH  44691-2342


Worker's Compensation Board of Indiana
402 W Washington St Rm W-196
Indianapolis, IN  46204-2243
```

WS Design LLC
145 Park St
Orwell, OH  44076-9562


Xtreme Drywall Services
21 S 10th Ave
Arcadia, FL  34266-9498


Yandell Construction Services
409 Walker Rd Ste A
Jackson, TN  38305-7417


Yoder Sharpening Ltd.
14280 Durstine Rd
Dundee, OH  44624-9446


Zeigler Flooring & Reno LLC
4890 Rostalk Rd
Galion, OH  44833-9777


Ziegler Bolt & Nut House
2120 State Route 39 NW
Dover, OH  44622-7419


Zimmerman Plumbing
303 E Albert St
Portage, WI  53901-1363

# United States Bankruptcy Court
## Northern District of Ohio, Canton Division

In re    **WB Services Inc.** _____    Case No. _____

                                              Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................... $       **20,000.00**

   Prior to the filing of this statement I have received ................... $       **20,000.00**

   Balance Due ....................................................................... $          **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
          **Adversary proceedings and contested matters may be billed at the then applicable hourly rates.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **filings fees, credit report costs, credit counseling and debtor education fees, and other out of pocket costs.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 12, 2023** _____      **/s/ Anthony J. DeGirolamo** _____
_Date_                                           **Anthony J. DeGirolamo**
                                                  _Signature of Attorney_
                                                   **Anthony J. DeGirolamo, Attorney at Law**

                                                   **3930 Fulton Dr NW Ste 100B**
                                                   **Canton, OH 44718-3040**
                                                   **(330) 305-9700   Fax: (330) 305-9713**
                                                   **tony@ajdlaw7-11.com**
                                                   _Name of law firm_